1  Robert K. Wing, Esq. (SBN 130542)
   Robert K. Wing, A Professional
2  Law Corporation
   2424 S.E. Bristol, Suite 300
3  Newport Beach, CA 92660
   Telephone:  (949) 261-2246
4  Facsimile:   (949) 261-0241

5  Attorneys for Sean McLaughlin, Michael McLaughlin,
           Secured Creditors

6

7

8                  UNITED STATES BANKRUPTCY COURT

9         CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11  FARZANEH LINDQUIST              )    Case No. 8:17-BK-13459 ES
                                    )
12                                  )    Chapter 13
            Chapter 13 Debtor.      )
13                                  )    **SUPPLEMENTAL DECLARATION  OF**
                                    )    **LARRY G. NOE SUBMITTED IN**
14                                  )    **SUPPORT OF MOTION FOR RELIEF OF**
                                    )    **STAY – *IN REM***
15                                  )
                                         [HEARING TO BE SET]
16  _____

17      I, LARRY G. NOE, declare:

18      1.    I am an attorney duly licensed and admitted to appear before this Court and

19  presently serve as attorney of record for Sean McLaughlin and Michael McLaughlin, (hereinafter

20  collectively "Movant"), in connection with Movant's civil State Court action for Application for

21  Entry of Judgment on Sister State Judgment (Orange County Superior Court Case No. 30-2015-

22  00806445) (hereinafter "State Court Action").  I have personal knowledge of the facts set forth

23  within this declaration and if called as a witness I could and would competently testify thereto.

24  My declaration is submitted in support of Movant's Motion for Relief of Stay – *In Rem* as

25  pertains to the residential real property located at 18912 Ridgeview Circle, Villa Park, CA 92861 .

26      2.    On January 16, 2015, the State of New York (Supreme Court), County of

27  Broome, entered a Judgment for fraud in favor of Movants and against Fahime L. McLaughlin,

28  Movants' former Step-Mother, in the amount of $349,696.63 plus post-judgment interest at the

rate of nine percent (9%) per annum. A true and correct copy of the New York Judgment is attached hereto as Exhibit "1" and incorporated herein.

3.    In March 2014, Fahimeh L. McLaughlin[1] and Farzaneh Lindquist Khatami held title as joint tenants to the residential real property commonly known as 18912 Ridgeview Circle, Villa Park, California (hereinafter "Villa Park Property"). A true and correct copy of the Grant Deed is attached hereto as Exhibit "2" and incorporated herein.

4.    The Villa Park Property is subject to a single mortgage held by United Wholesale Mortgage (hereinafter "UWM"). A true and correct copy of the UWM Deed of Trust in the original principal amount of $515,000 recorded March 31,2014 is attached as Exhibit "3" and incorporated herein. Debtor does not list UWM as a creditor in her initial bankruptcy filing.

5.    On September 24, 2015, following entry of the New York Sister State Judgment with the Orange County Superior Court on August 25, 2015, Movant recorded an Abstract of Judgment against the Villa Park Property. A true and correct copy of Movant's Abstract of Judgment is attached hereto as Exhibit "4" and incorporated herein.

6.    To satisfy the Judgment Movant caused a "Notice of Sheriff's Sale of Real Property" to be issued and served upon all interested parties. The sale was set for November 22, 2016. A true and correct copy of the first Notice of Sheriff's Sale is attached hereto as Exhibit "5" and incorporated herein.

7.    However, on November 18, 2016, three (3) days before the Sheriff's sale, Fahimeh L. McLaughlin, a joint tenant to the Villa Park Property, caused an incomplete Chapter 13 bankruptcy to be filed with the Court (Case No. 8:16-bk-14750-CB) in order to stop the Sheriff's Sale. Fahime McLaughlin lists the Villa Park Property as her primary residence. Although Fahimeh McLaughlin had filed a motion to extend time to file schedules, statements and Chapter 13 plan which was granted by the Court on December 5, 2016, the case was later dismissed on December 19, 2016 for failure to file schedules, statements and/or plan. The Pacer

---

[1]    Fahime L. McLaughlin, aka Fahimeh L. McLaughlin added the "h" to her first name in 2014 pursuant to the Grant Deed attached as Exhibit "2". Fahime L. McLaughlin and her niece Pandora Zamanian were named co-defendants in the New York Action and the New York Court entered a Judgment finding each had filed false claims against the John McLaughlin probate estate. Pandora Zamanian is the daughter of Debtor Lindquist.

Noe Suppl Decl.                                    2.

Bankruptcy Docket and Order and Notice of Dismissal for Failure to file Schedules, Statements and/or Plan are collectively attached hereto as Exhibit "6" and incorporated herein.

8.     Thereafter, Movant reset the Sheriff's sale for the Villa Park Property on February 22, 2017.  A true and correct copy of the second Notice of sheriff's Sale of Real Property is attached hereto as Exhibit "7" and incorporated herein.

9.     However, on February 21, 2017, one day before the second rescheduled Sheriff's sale, Fahimeh L. McLaughlin, once again, caused a second incomplete Chapter 13 bankruptcy to be filed with the Court in order to stop the Sheriff's Sale.(Case No. 8:17-bk-10640-CB). Similarly, fourteen (14) days after the second McLaughlin Chapter 13 had been filed, rather than file the requisite schedules, statements and plan, Fahimeh L. McLaughlin filed a Request for Voluntary Dismissal of Case which the Court granted the following day on March 8, 2017. True and correct copies of the Fahine Lilly McLaughlin Pacer Docket, Motion for Voluntary Case Dismissal and Order and Notice of Case Dismissal are collectively attached as Exhibit "8" and incorporated herein.  It should be noted that page 2, paragraph 4 of the Motion to Dismiss Fahimeh L. McLaughlin states, in part, *"I now realize that the filing of the Chapter 13 bankruptcy was necessary but may not resolve my financial issues with the Judgement creditor"*. No other reason for the second bankruptcy filing was stated in the Motion to Dismiss.  Moreover, Movants were the only creditors listed within the Motion to Dismiss Proof of Service.

10.     Thereafter, Movant, for the third time, reset the Sheriff's sale for the Villa Park Property on June 15, 2017.  A true and correct copy of the Notice of Sheriff's Sale is attached hereto as Exhibit "9" and incorporated herein.

11.     However, on June 13, 2017, two (2) days prior to the third scheduled Sheriff's Sale, Farzaneh Lindquist Khatami,[2] Chapter 13 Debtor herein, caused a pleading entitled "Third Party Claim of Ownership of Farzaneh Linquist Khatami" to be filed in connection with Movant's State Court Action. The filing of Ms. Lindquist's Third Party claim effectively stayed Movant's

---

[2]     It is noteworthy that Chapter 13 Debtor Farzaneh Lindquist's Third Party Claim incorrectly spells her middle (or last) name "Linquist" the letter "d" is omitted and Debtor's current Chapter 13 Petition also misspells her first name as "Fahine"and further omits Debtor's entire last name "Khatami" in paragraphs 1 and 2 to Lindquist's Petition.

1    June 25, 2017 Sheriff's Sale.  A true and correct copy of the Lindquist / Khatami Third Party

2    Claim is attached as Exhibit "10" and by this reference incorporated herein.

3        12.    The State Court ultimately ruled that since the Lindquist / Khatami Third Party

4    Claim had been filed late, the Third Party Claim would be ignored by the Court and Movant was

5    permitted to re-notice the Sheriff's Sale of the Villa Park Property.  Debtor has done nothing to

6    prosecute her Third Party Claim and the State Court ruled it was not valid.  (See Exhibit "13").

7        13.    Pursuant to State Court Orders, Movant reset the Sheriff's Sale for the fourth

8    time on August 30, 2017.  A true and correct copy of Movant's fourth Notice of Sheriff's Sale of

9    real Property is attached as Exhibit "11" and incorporated herein.

10        14.    Predictably and consistent with Debtor's ongoing plan and scheme to hinder,

11    delay and defraud Movant and otherwise prevent the Sheriff's sale, on August 29, 2017, one day

12    before the scheduled Sheriff's Sale of the Villa Park Property, Debtor caused the within Chapter

13    13 Bankruptcy Petition to be filed with the Court.  The incomplete filing omits Debtor's apparent

14    last name (*i.e.*, Khatami), misspells Debtor's middle (or last) name as "Lindquist" and, similar to

15    the two (2) previous Chapter 13 bankruptcies filed by Fahimeh L. McLaughlin, Debtor lists only

16    Movant as creditors in the case.  True and correct copies of the Debtor's Chapter 13 Docket

17    obtained via the Court's PACER system, along with Debtor's incomplete Petition and Verified

18    Mailing Matrix are collectively attached as Exhibit "12" and incorporated herein.

19        15.    Movant submits the above chain of events amply demonstrate McLaughlin and

20    Lindquist's ongoing plan and scheme to misuse and abuse the benefits and protections afforded

21    by the Bankruptcy code and this Bankruptcy Court, for no reason other than to hinder, delay, and

22    defraud Movant and to interfere with Movant's Sheriff's Sale of the Villa Park Property.

23    September 14, 2017, is the deadline for Debtor to file her Schedules, Statements and plan as

24    required by FRBP, Rule 3015(b). I have reviewed the Bankruptcy Court Docket and, consistent

25    with the two previous Fahimeh McLaughlin Chapter 13 bankruptcy cases that were summarily

26    dismissed by the Court for failure to file schedules etc., Debtor failed to file the mandatory

27    //

28    //

1   commencement documents but instead, opted to file an unsubstantiated motion for extension to

2   file schedules, statements or plan with the Court.

3          16.   Debtor's bad faith filing of this case is evidenced by the previous multiple

4   bankruptcy filings and dismissals, each time on the eve of Movant's Sheriff's Sale of the Villa

5   Park Property, deliberate misspelling of portions of both Joint Tenants names and in one case

6   omission of Debtor's entire last name and constitute blatant ongoing abuse and misuse of the

7   bankruptcy system and disregard for the authority of this Court. This wrongful manipulative and

8   deceitful plan and scheme to hinder, delay and defraud Movant can only be stopped by the

9   Court's entry of an Order to grant Movant's Motion for Relief of Stay In-Rem as pertains to the

10   above Villa Park Property.

11          I declare under penalty of perjury under the laws of the United States of America that

12   the contents of the above declaration are true and correct.

13          Executed this _13th_ day of September, 2017 in the City of _Tustin_, State of

14   California.

15

16                                    Larry G. Noe

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT___/___

STATE OF NEW YORK
SUPREME COURT : COUNTY OF BROOME

SEAN MCLAUGHLIN and
MICHAEL MCLAUGHLIN,

                      Plaintiffs,

   -against-

FAHIME L. MCLAUGHLIN and
PANDORA ZAMANIAN,

               Defendants.

JUDGMENT

Index No.: 2012-2329
RJI No.: 2013-1486-N

The issues in the above entitled actions having duly come on for trial at a Non-Jury Term before Hon. Molly Reynolds Fitzgerald held at the Courthouse thereof, located at Binghamton, New York on September 15, 2014, and Plaintiffs Sean McLaughlin and Michael McLaughlin, having appeared by their attorney Alan J. Pope, Esq., of Pope & Schrader, LLP, and Defendants Fahime L. McLaughlin and Pandora Zamanian, having not appeared for trial although duly notified, and the issues having been duly tried, and the Hon. Molly Reynolds Fitzgerald rendered a Decision and Order on the 8th day of January, 2015, in favor of Plaintiffs, Sean McLaughlin and Michael McLaughlin, and in particular, a finding and determination that the Defendants perpetrated a fraud or frauds on the Plaintiffs and the Estate of John K. McLaughlin, and furthermore, finding, determining and ordering that the Plaintiffs recover from the Defendant Pandora Zamanian the sum of One Hundred Twenty Five Thousand Dollars ($125,000.00); recover from the Defendant, Fahime L. McLaughlin the sum of One Hundred Twenty Seven Thousand Nine Hundred Sixty Nine Dollars and 20/100 ($127,969.20); recover from the Defendant, Fahime L. McLaughlin the sum of Three Thousand Dollars ($3,000.00); recover from the Defendant, Fahime L. McLaughlin the sum of Two Hundred Thousand Dollars

($200,000.00), recover from the Plaintiff, Pandora Zamanian the sum of Twenty Thousand Dollars ($20,000.00) plus costs and disbursements in the total amount of One Thousand Five Dollars ($1,005.00) to be assesed one-half to Defendant Fahime L. McLaughlin and one-half to Defendant Pandora Zamanian, and as a result, it is hereby

ORDERED, ADJUDGED AND DECREED, that Plaintiffs Sean McLaughlin and Michael McLaughlin shall have a Judgment against the Defendant, Fahime L. McLaughlin in the amount of Three Hundred Thirty One Thousand Four Hundred Forty Seven Dollars and Seventy Cents ($331,471.70); and it is further

ORDERED, ADJUDGED AND DECREED, that Plaintiffs Sean McLaughlin and Michael McLaughlin shall have a Judgment against the Defendant, Pandora Zamanian in the amount of One Hundred Forty Five Thousand Five Hundred Two Dollars and Fifty Cents ($145,502.50); and it is further

ORDERED, ADJUDGED AND DECREED, that the said Judgment in favor of the Plaintiffs Sean McLaughlin and Michael McLaughlin and against Defendant Fahime L. McLaughlin shall bear interest at the rate of nine percent (9%) interest pursuant to CPLR §5003 and 5004 from the date of this Judgment until payment; and it is further

ORDERED, ADJUDGED AND DECREED, that the said Judgment in favor of the Plaintiffs Sean McLaughlin and Michael McLaughlin and against Defendant Pandora Zamanian shall bear interest at the rate of nine percent (9%) interest pursuant to CPLR §5003 and 5004 from the date of this Judgment until payment; and it is further

ORDERED, ADJUDGED AND DECREED, that this Judgment upon a Non-Jury Verdict for damages, costs and disbursements shall be filed and docketed in favor of the Plaintiffs Sean McLaughlin and Michael McLaughlin and against the Defendants Fahime L. McLaughlin and Pandora Zamanian as noted herein.

Dated: January 16, 2015

Hon. Molly Reynolds Fitzgerald

State of New York
Broome County Clerk's Office } ss.:

I, RICHARD R. BLYTHE, Clerk of the said County and of the County Court and Supreme Court of the State of New York, appointed to be held in and for said County, being Courts of Record, having a common seal, do hereby certify that I have compared the annexed copy of

_Sean mclaughlin & Michael Mclaughlin_
_Fahime L. mclaughlin    against    & Pandora Zamanian_ with the record of

recorded ................................... with the original
thereof filed and entered ........ _January 28, 2016_
now remaining on file and of record in my office, and that the same is a correct and true copy of said original, and of the whole thereof.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the Seal of the said County and Courts, at the City of Binghamton, this _28th_

............................... day of _January_ ...................... 20.15

By _Thomas Marie Child_ ..................................
                                                        ............... Deputy Clerk

FORM 111

EXHIBIT__2__

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

*SR0006599085* 9.00

2014000120041 3:06 pm 03/31/14
10 404 G02 F13  1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

RECORDING REQUESTED BY:
Homestead Escrow, Inc.

AND WHEN RECORDED MAIL TO:

Farzaneh Lindquist Khatami
18912 Ridgeview Circle

Villa Park, CA 92861

Order No. 17957895  *ML* -WS
Escrow No. 2642S-ES
Parcel No. 372-451-27

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED  *Left New name change*

THE UNDERSIGNED GRANTOR DECLARES THAT DOCUMENTARY TRANSFER TAX IS $ and CITY $
☐ computed on full value of property conveyed, or
☐ computed on full value of property less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:   ☒ Villa Park, and

*No Consideration*

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Fahimeh Lily McLaughlin, an unmarried woman, who acquired title as Fahime Lily McLaughlin, an
unmarried woman, and Farzaneh Lindquist Khatami, an unmarried woman, as Joint Tenants

hereby GRANTS to   Farzaneh Lindquist Khatami, an unmarried woman and Fahimeh L. McLaughlin, an
unmarried woman, as Joint Tenants

the following described real property in the County of Orange, State of California:

Lot 7 of Tract No. 9765, in the City of Villa Park, County of Orange, State of California, as per Map recorded in
Book 432 Page(s) 17 And 18 of Miscellaneous Maps in the Office of the County Recorder of said Orange County.

Date   March 26, 2014

_Fahimeh Lily McLaughlin_
Fahimeh Lily McLaughlin

_Farzaneh Lindquist Khatami_
Farzaneh Lindquist Khatami

STATE OF CALIFORNIA   }
   } S.S.
COUNTY OF _Orange_   }

On _3·26·14_ , before me, _Chelsea Lenee Crow_
a notary public in and for said State, personally appeared _Fahimeh Lily McLaughlin_
and _Farzaneh Lindquist Khatami_   who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _Chelsea Crow_   (Seal)

CHELSEA LENEE CROW
COMM. #1948372
Notary Public - California
Orange County
My Comm. Expires Aug. 15, 2015

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

Document Number: 2014000120041 Page: 1 of 2

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: 9/30/2015

CERTIFICATION FEE: 2.00

COUNTY CLERK-RECORDER

Hugh Nguyen

ORANGE COUNTY
STATE OF CALIFORNIA

**EXHIBIT** _3_

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

39.00

* S R 0 0 0 6 5 9 9 0 8 6 S *

2014000120042 3:06 pm 03/31/14
10 404 D11 F13  11
0.00 0.00 0.00 0.00 30.00 0.00 0.00 0.00

Recording Requested By /
Return To:
UNITED SHORE FINANCIAL
SERVICES, LLC
1414 EAST MAPLE RD
TROY, MI 48083

ATTN: POST CLOSING MANAGER

Prepared By:
DARLENA WARTLEY
UNITED WHOLESALE MORTGAGE
1414 EAST MAPLE RD
TROY, MI 48083
(800) 981-8898

WS-11957895

[Space Above This Line For Recording Data]

## DEED OF TRUST

KHATAMI
Loan #: 1351401491
Serv. #: 0053696043
MIN: 100032413514014514
MERS Phone: 1-888-679-6377
PIN: 372-451-27

Trustor/Borrower:
FARZANEH LINDQUIST KHATAMI
18912 RIDGEVIEW CIRCLE, VILLA PARK, CA 92861

## DEFINITIONS

Words used in multiple sections of this document are defined below and other words are defined in Sections 3, 11, 13, 18, 20 and 21. Certain rules regarding the usage of words used in this document are also provided in Section 16.

(A) "Security Instrument" means this document, which is dated MARCH 26, 2014, together with all Riders to this document.

(B) "Borrower" is FARZANEH LINDQUIST KHATAMI, A UNMARRIED WOMAN, AND PARIMER L. MCLAUGHLIN, A UNMARRIED WOMAN AS JOINT TENANTS. Borrower is the trustor under this Security Instrument.

(C) "Lender" is UNITED WHOLESALE MORTGAGE. Lender is a SOLE PROPRIETERSHIP organized and existing under the laws of MI. Lender's address is 1414 EAST MAPLE RD, TROY, MI 48083.

(D) "Trustee" is JOHN D. DUNCAN, ESQ..

(E) "MERS" is Mortgage Electronic Registration Systems, Inc. MERS is a separate corporation that is acting solely as a nominee for Lender and Lender's successors and assigns. MERS is the beneficiary under this Security Instrument. MERS is organized and existing under the laws of Delaware, and has an address and telephone number of P.O. Box 2026, Flint, MI 48501-2026, tel. (888) 679-MERS.

(F) "Note" means the promissory note signed by Borrower and dated MARCH 26, 2014. The Note states that Borrower owes Lender FIVE HUNDRED FIFTEEN THOUSAND AND 00/100 Dollars (U.S. $515,000.00) plus interest. Borrower has promised to pay this debt in regular Periodic Payments and to pay the debt in full not later than APRIL 1, 2044.

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
312.34
Page 1 of 11

Form 3005 1/01



0053696043                                                                              1351401491

herein and by Applicable Law. This procedure for substitution of trustee shall govern to the exclusion of all other provisions for substitution.

25. Statement of Obligation Fee. Lender may collect a fee not to exceed the maximum amount permitted by Applicable Law for furnishing the statement of obligation as provided by Section 2943 of the Civil Code of California.

BY SIGNING BELOW, Borrower accepts and agrees to the terms and covenants contained in this Security Instrument and in any Rider executed by Borrower and recorded with it.

The undersigned Borrower requests that a copy of any Notice of Default and any Notice of Sale under this Security Instrument be mailed to the Borrower at the address set forth above.

- BORROWER - FARZANEH LINDQUIST KHATAMI - DATE - 3,26,14

Fahimeh L. McLaughlin 3/26/14
- BORROWER - FAHIMEH L. MCLAUGHLIN - DATE -

State of CALIFORNIA                    )
County of ORANGE                       )
On  3·26·14               before me,  Chelsea Lenee Crow, Notary Public
                                              (here insert name and title of the officer)
personally appeared FARZANEH LINDQUIST KHATAMI, A UNMARRIED WOMAN, AND FAHIMEH L. MCLAUGHLIN, A UNMARRIED WOMAN AS JOINT TENANTS, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature _____ (Seal)

CHELSEA LENEE CROW
COMM. #1948372
Notary Public - California
Orange County
My Comm. Expires Aug. 15, 2015

MORTGAGE LOAN ORIGINATOR ZANAN KABIR
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER NMLS # 237567
MORTGAGE LOAN ORIGINATION COMPANY FUSION CAPITAL GROUP
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER NMLS # 1014331

MORTGAGE LOAN ORIGINATION COMPANY (CREDITOR) UNITED WHOLESALE MORTGAGE
NATIONWIDE MORTGAGE LICENSING SYSTEM AND REGISTRY IDENTIFICATION NUMBER NMLS # 3038

CALIFORNIA--Single Family--Fannie Mae/Freddie Mac UNIFORM INSTRUMENT
312.34                                    Page 11 of 11
                                                              Form 3005 1/01

EXHIBIT__4__

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

LARRY G. NOE

AND WHEN RECORDED MAIL TO: -

LARRY G. NOE
ATTORNEY AL LAW
17621 IRVINE BLVD #106
TUSTIN, CA
92780

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

31.00

*$R0007850897S*

2015000489730 11:22 am 09/24/15
105 415 A03 D01 F13   3
0.00 0.00 0.00 0.00 6.00 10.00 0.00 0.00

THIS SPACE FOR RECORDER'S USE ONLY

TITLE OF DOCUMENT:

ABSTRACT OF JUDGMENT

EJ-001

ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, address, and State Bar number):
After recording, return to:
LARRY G. NOE, SBN 126540
17821 IRVINE BLVD., STE. 108
TUSTIN, CA 92780

TEL NO: 714-730-7084    FAX NO. (optional):
E-MAIL ADDRESS (Optional):
[X] ATTORNEY FOR   [X] JUDGMENT CREDITOR   [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 CIVIC CENTER DRIVE WEST
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: CENTRAL JUSTICE CENTER

PLAINTIFF: MCLAUGHLIN
DEFENDANT: FAHIME L. MCLAUGHLIN

FOR RECORDER'S USE ONLY
CASE NUMBER:

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS                    [ ] Amended

FOR COURT USE ONLY
Pursuant to California Government Code § 68150(f), the Clerk of the Court hereby certifies this document accurately reflects the official court record. The electronic signature and seal on this document have the same validity and legal force and effect as an original clerk's signature and court seal. California Government Code § 68150(g).

1. The [X] judgment creditor   [ ] assignee of record
   applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      FAHIME L. MCLAUGHLIN
      18912 RIDGEVIEW
      VILLA PARK, CA 92861

   b. Driver's license no. (last 4 digits) and state:           [X] Unknown
   c. Social security no. (last 4 digits):                       [X] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to (name and address):
      FAHIMEH L. MCLAUGHLIN

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor (name and address):
   SEAN MCLAUGHLIN, MICHAEL MCLAUGHLIN
   5200 TULA ST.
   LONG BEACH, CA 90808
   Date: 9/17/2015
   LARRY G. NOE
           (TYPE OR PRINT NAME)

4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

   ► (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed:
   $349,969.63
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on (date): 8/25/2015
   b. Renewal entered on (date):
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $
    b. In favor of (name and address):

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until (date):
12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on (date):
09/21/2015    Alan Carlson, Clerk of the Court
              Clerk, by    [signature]    , Deputy

A. Van Ark

Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. July 1, 2014]

ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190

PLAINTIFF: MCLAUGHLIN

DEFENDANT: FAHIME L. MCLAUGHLIN

COURT CASE NO.:

NAMES AND ADDRESSES OF ADDITIONAL JUDGMENT CREDITORS:

13. Judgment creditor (name and address):

14. Judgment creditor (name and address):

15. ☐ Continued on Attachment 15.

INFORMATION ON ADDITIONAL JUDGMENT DEBTORS:

16.   Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:   ☐ Unknown

☐ Unknown

Summons was personally served at or mailed to (address):

17.   Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:   ☐ Unknown

☐ Unknown

Summons was personally served at or mailed to (address):

18.   Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:   ☐ Unknown

☐ Unknown

Summons was personally served at or mailed to (address):

19.   Name and last known address

Driver's license no. [last 4 digits] and state:

Social security no. [last 4 digits]:   ☐ Unknown

☐ Unknown

Summons was personally served at or mailed to (address):

20. ☐ Continued on Attachment 20.

EJ-001 [Rev. July 1, 2014]

**ABSTRACT OF JUDGMENT—CIVIL
AND SMALL CLAIMS**

Page 2 of 2

Document Number: 2015000489730 Page: 3 of 4

THIS IS A CERTIFIED COPY OF THE
RECORD IF IT BEARS THE SEAL, AND
SIGNATURE OF THE ORANGE
COUNTY CLERK-RECORDER.

DATE: 5/26/2016

CERTIFICATION FEE: 4.00

COUNTY CLERK-RECORDER

ORANGE COUNTY
STATE OF CALIFORNIA

Document Number: 2015000489730 Page: 4 of 4

EXHIBIT  5

| | | |
|---|---|---|
| ATTORNEY (Name and Address):<br>Larry G  Noe<br>17621 Irvine Blvd<br>Ste 106<br>Tustin, CA  92780 | TELEPHONE NO.: **(714) 730-7084**<br>(Daytime) | LEVYING OFFICER (Name and Address):<br>Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA  92701 |
| ATTORNEY FOR:  **Sean McLaughlin, Michael McLaughlin** | | (714) 569-3700<br>Fax: (714) 569-2368 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br>**Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA  92701<br>Central Justice Center** | | California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Sean McLaughlin,Michael McLaughlin<br>DEFENDANT:<br>Fahime L. McLaughlin | | COURT CASE NO.:<br><br>30-2015-00806445 |
| **Notice of Sheriff's Sale of Real Property (CCP 701.540)** | | LEVYING OFFICER FILE NO.:<br>2016501010 |

Date: **10/19/2016**

Under a  ☑ Writ of Execution      Issued out of the above court on 2/26/2016, on the Judgment rendered on 8/25/2015.
         ☐ Writ of Sale for Partition
         ☐ Warrant Issued by the State of California

for the sum of $361,308.55; I have levied upon all the rights, title, claim and interest of the judgment debtor(s),
Fahime L.  McLaughlin
18912 Ridgeview Cir.
Villa Park, Ca 92661

in the real property, in the County of Orange ,described as follows: 18912 Ridgeview Cir;;Villa Park, Ca  92861  See exhibit A for legal description

Minimum Bid Amount (if applicable):  $1,350,000.00

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 to 701.680, INCLUSIVE, OF THE CODE OF CIVIL PROCEDURE FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS, AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder, for cash in lawful money of the United States, all the rights, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs on:

| Date/Time of Sale | Location of Sale |
|---|---|
| 11/22/2016 10:30:00 AM | Orange County Sheriff's Department<br>909 N. Main Street Suite 2<br>Santa Ana, Ca 92701 |

Directions to the property location can be obtained from the levying officer upon oral or written request.

Sandra Hutchens, Sheriff-Coroner

*Renee #6146*

R. Virgoe, Sheriff's Authorized Agent

**LIENS MAY BE PRESENT WHICH MAY OR MAY NOT SURVIVE THIS LEVY.**

EXHIBIT A

## LEGAL DESCRIPTION

LOT 7 OF TRACT NO. 9765, IN THE CITY OF VILLA PARK, COUNTY OF ORANGE, STATE OF CALIFORNIA, AS PER MAP RECORDED IN BOOK 432 PAGE(S) 17 AND 18 OF MISCELLANEOUS MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID ORANGE COUNTY.

## COMMON ADDRESS

18912 RIDGEVIEW CIR., VILLA PARK, CA 92861

EXHIBIT__6__

CM/ECF - U.S. Bankruptcy Court - Central District of ... https://ecf.cacb.uscourts.gov/cgi-bin/Dktpt.pl?680302160682-...

Case 8:17-bk-13459-ES Doc 14-1 Filed 09/19/17 Entered 09/19/17 17:18:34 Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli Page 25 of 86

CLOSED, PlnDue, Incomplete, DISMISSED

**U.S. Bankruptcy Court**
**Central District of California (Santa Ana)**
**Bankruptcy Petition #: 8:16-bk-14750-CB**

*Date filed:* 11/18/2016
*Date terminated:* 05/03/2017
*Debtor dismissed:* 12/19/2016
*341 meeting:* 01/03/2017

*Assigned to:* Catherine E. Bauer
Chapter 13
Voluntary
Asset

*Debtor disposition:* Dismissed for Failure to File Information

*Debtor*                                                              represented by **Fahime Lilly McLaughlin**
**Fahime Lilly McLaughlin**                                                              PRO SE
18912 Ridgeview Cir
Villa Park, CA 92861
ORANGE-CA
949-795-4725
SSN / ITIN: xxx-xx-6416

*Trustee*
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 8500
Orange, CA 92868
714-621-0200

*U.S. Trustee*
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 11/18/2016 | 1 (11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Fahime Lilly McLaughlin Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 12/2/2016. Schedule A/B: Property (Form 106A/B or 206A/B) due 12/2/2016. Schedule C: The Property You Claim as Exempt (Form 106C) due 12/2/2016. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 12/2/2016. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 12/2/2016. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 12/2/2016. Schedule H: Your Codebtors (Form 106H or 206H) due 12/2/2016. Schedule I: Your Income (Form 106I) due 12/2/2016. Schedule J: Your Expenses (Form 106J) due 12/2/2016. Declaration About an Individual Debtors Schedules (Form 106Dec) due 12/2/2016. Statement of Financial Affairs (Form 107 or 207) due 12/2/2016. Chapter 13 Plan (LBR F3015-1) due by 12/2/2016. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 12/2/2016. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 12/2/2016. Statement of Related Cases (LBR Form F1015-2) due 12/2/2016. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 12/2/2016. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 12/2/2016. Incomplete Filings due by 12/2/2016. (Nguyen, Vi) (Entered: 11/18/2016) |
| 11/18/2016 | 2 (3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 01/03/2017 at 09:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 02/09/2017 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 04/03/2017. (Nguyen, Vi) (Entered: 11/18/2016) |
| 11/18/2016 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Fahime Lilly McLaughlin . (Nguyen, Vi) (Entered: 11/18/2016) |

CM/ECF - U.S. Bankruptcy Court (v5.1-LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?1403021606822-...

Case 8:17-bk-13459-ES    Doc 14-1    Filed 09/19/17    Entered 09/19/17 17:18:34    Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli    Page 26 of 86

| 11/18/2016 | 4 (1 pg) | Certificate of Credit Counseling Filed by Debtor Fahime Lilly McLaughlin . (Nguyen, Vi) (Entered: 11/18/2016) |
| 11/18/2016 | | Receipt of Chapter 13 Filing Fee - $310.00 by 16. Receipt Number 80067498. (admin) (Entered: 11/21/2016) |
| 11/20/2016 | 5 (4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting (AutoAssign Chapter 13)) No. of Notices: 10. Notice Date 11/20/2016. (Admin.) (Entered: 11/20/2016) |
| 11/20/2016 | 6 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Fahime Lilly McLaughlin) No. of Notices: 1. Notice Date 11/20/2016. (Admin.) (Entered: 11/20/2016) |
| 11/20/2016 | 7 (2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Fahime Lilly McLaughlin) No. of Notices: 1. Notice Date 11/20/2016. (Admin.) (Entered: 11/20/2016) |
| 12/02/2016 | 8 (4 pgs) | Motion to Extend Deadline to File Schedules or Provide Required Information, and/or Plan (Case Opening Documents) - Debtor request extension to and including: 12/27/2016 Filed by Debtor Fahime Lilly McLaughlin (Mason, Shari) Modified on 12/5/2016 (Mccall, Audrey). (Entered: 12/02/2016) |
| 12/05/2016 | 9 (2 pgs) | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 12/05/2016) |
| 12/05/2016 | 10 (1 pg) | Order re motion to extend deadling to file case commencement documents - GRANTED - Time extended to December 12, 2016 (BNC-PDF) (Related Doc # 1 ) Signed on 12/5/2016 (Firman, Karen) (Entered: 12/05/2016) |
| 12/06/2016 | 11 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Ryan, Brett. (Ryan, Brett) (Entered: 12/06/2016) |
| 12/07/2016 | 12 (2 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)10 Order (Generic) (BNC-PDF)) No. of Notices: 1. Notice Date 12/07/2016. (Admin.) (Entered: 12/07/2016) |
| 12/19/2016 | 13 (1 pg) | ORDER and notice of dismissal for failure to file schedules, statements, and/or plan - **Debtor** Dismissed. All pending motions and adversary proceedings are moot and dismissed. (BNC) Signed on 12/19/2016 (RE: related document(s)2 Meeting (AutoAssign Chapter 13), 10 Order (Generic) (BNC-PDF)). (Beezer, Cynthia) (Entered: 12/19/2016) |
| 12/21/2016 | 14 (2 pgs) | BNC Certificate of Notice (RE: related document(s)13 ORDER and notice of dismissal for failure to file schedules, statements, and/or plan (Option A or Option B) (BNC)) No. of Notices: 9. Notice Date 12/21/2016. (Admin.) (Entered: 12/21/2016) |
| 12/29/2016 | 15 (4 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted (Cohen (TR), Amrane (SA)) (Entered: 12/29/2016) |
| 01/31/2017 | 16 (1 pg) | Declaration re: non-receipt of obj to trustee's final report (Dismissed/Converted Chapter 13 Cases) Filed by. (Cohen (TR), Amrane (SA)) (Entered: 01/31/2017) |
| 02/08/2017 | 17 (3 pgs) | Chapter 13 Trustee's Final Report and Account . (Cohen (TR), Amrane (SA)) (Entered: 02/08/2017) |
| 02/08/2017 | 18 (1 pg) | Proof of service Filed by (RE: related document(s)17 Chapter 13 Trustee's Final Report and Account (batch)). (Cohen (TR), Amrane (SA)) (Entered: 02/08/2017) |
| 02/27/2017 | 19 (1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 02/27/2017) |
| 05/03/2017 | 20 | Bankruptcy Case Closed - DISMISSED. An Order dismissing this case was entered and notice was provided to parties in interest. Since it appears that no further matters are required and that this case remain open, or that the jurisdiction of this Court continue, it is ordered that the Trustee is discharged, bond is exonerated, and the case is closed. (Le, James) (Entered: 05/03/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 09/05/2017 09:44:03 | | | |
| **PACER Login:** | rw1083:2843420:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 8:16-bk-14750-CB Fil or Ent: filed From: 6/7/2015 To: 9/5/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

Case 8:16-bk-14750-CB    Doc 13    Filed 12/19/16    Entered 12/19/16 15:30:51    [
van21:Ord Dism(OptionA)    Page 1 of 1

Form odspa–odspab VAN–21
Rev. 06/2014

# United States Bankruptcy Court
## Central District of California

### 411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593

## ORDER AND NOTICE OF DISMISSAL FOR
## FAILURE TO FILE SCHEDULES, STATEMENTS AND/OR PLAN

**DEBTOR INFORMATION:**                                    **BANKRUPTCY NO.** 8:16–bk–1475
Fahime Lilly McLaughlin

                                                          **CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–64
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 12/19/16

**Address:**
18912 Ridgeview Cir
Villa Park, CA 92861

It appearing that the debtor(s) in the above-captioned case has failed to file all the documents required under FRBP
3015(b) within 14 days after the filing of the petition and no motion for an order extending the time to file the require
has been timely filed in accordance with FRBP 1007(a)(5) or 3015(b),

IT IS HEREBY ORDERED THAT:

1)    The case is dismissed, the automatic stay is vacated and all pending motions and adversary proceedin
      moot and dismissed.

2)    Any discharge entered in this case is vacated.

3)    The Court retains jurisdiction on all issues arising under Bankruptcy Code § 110, 329 and 362.

                                                          By the Court,

Dated: December 19, 2016                                  **Kathleen J. Campbell**
                                                          Clerk of Court

(Form odspa–odspab VAN–21) Rev. 06/2014

**EXHIBIT**___7___

| ATTORNEY (Name and Address): | | LEVYING OFFICER (Name and Address): |
|---|---|---|
| Larry G Noe<br>17621 Irvine Blvd<br>Ste 106<br>Tustin, CA  92780 | TELEPHONE NO.: **(714) 730-7084**<br>(Daytime) | **Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA  92701** |
| ATTORNEY FOR:  **Sean McLaughlin, Michael McLaughlin** | | (714) 569-3700<br>Fax: (714) 569-2368 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>**Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA  92701<br>Central Justice Center** | | California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Sean McLaughlin,Michael McLaughlin<br>DEFENDANT:<br>Fahime L. McLaughlin | | COURT CASE NO.:<br><br>**30-2015-00806445** |
| **Notice of Sheriff's Sale of Real Property (CCP 701.540)** | | LEVYING OFFICER FILE NO.:<br><br>**2016501010** |

Date: **01/17/2017**

Under a

☑ Writ of Execution        Issued out of the above court on 2/26/2016, on the Judgment
☐ Writ of Sale for Partition      rendered on 8/25/2015.
☐ Warrant Issued by the State of California

for the sum of $361,308.55; I have levied upon all the rights, title, claim and interest of the judgment debtor(s),
Fahime L.  McLaughlin
18912 Ridgeview Cir
Villa Park, Ca 92861

in the real property, in the County of Orange ,described as follows: 18912 Ridgeview Cir Villa Park, Ca  92861  See exhibit A for legal description

Minimum Bid Amount (if applicable):  **$1,350,000.00**

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 to 701.680, INCLUSIVE, OF THE CODE OF CIVIL PROCEDURE FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS, AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder, for cash in lawful money of the United States, all the rights, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs on:

| Date/Time of Sale | Location of Sale |
|---|---|
| 2/22/2017 10:30:00 AM | Orange County Sheriff's Department<br>909 N. Main Street Suite 2<br>Santa Ana, Ca 92701 |

Directions to the property location can be obtained from the levying officer upon oral or written request.

Sandra Hutchens, Sheriff-Coroner

R. Virgoe, Sheriff's Authorized Agent

**LIENS MAY BE PRESENT WHICH MAY OR MAY NOT SURVIVE THIS LEVY.**

EXHIBIT___ 8

CM/ECF - U.S. Bankruptcy Court (v3.5 - LIVE)     https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?89120240937-...

Case 8:17-bk-13459-ES    Doc 14-1    Filed 09/19/17    Entered 09/19/17 17:18:34    Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli    Page 32 of 86

CLOSED, PlnDue, Repeat-cacb, Incomplete, RepeatPACER, DISMISSED

**U.S. Bankruptcy Court**
**Central District of California (Santa Ana)**
**Bankruptcy Petition #: 8:17-bk-10640-CB**

|  |  |
|---|---|
| | *Date filed:* 02/21/2017 |
| *Assigned to:* Catherine E. Bauer | *Date terminated:* 06/01/2017 |
| Chapter 13 | *Debtor dismissed:* 03/08/2017 |
| Voluntary | *341 meeting:* 04/04/2017 |
| Asset | |

*Debtor disposition:* Dismissed for Other Reason

**Debtor**
**Fahine Lilly McLaughlin**                                      represented by **Fahine Lilly McLaughlin**
18912 Ridgeview Cir                                              PRO SE
Villa Park, CA 92861
ORANGE-CA
949-795-4725
SSN / ITIN: xxx-xx-6416

**Trustee**
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 8500
Orange, CA 92868
714-621-0200

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 02/21/2017 | 1 (11 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Fahine Lilly McLaughlin Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 3/7/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 3/7/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 3/7/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 3/7/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 3/7/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 3/7/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 3/7/2017. Schedule I: Your Income (Form 106I) due 3/7/2017. Schedule J: Your Expenses (Form 106J) due 3/7/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 3/7/2017. Statement of Financial Affairs (Form 107 or 207) due 3/7/2017. Chapter 13 Plan (LBR F3015-1) due by 3/7/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 3/7/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 3/7/2017. Statement of Related Cases (LBR Form F1015-2) due 3/7/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 3/7/2017. Verification of Master Mailing List of Creditors (LBR Form F1007-1) due 3/7/2017. Incomplete Filings due by 3/7/2017. (Shimizu, Tina) (Entered: 02/21/2017) |
| 02/21/2017 | 2 (3 pgs) | Meeting of Creditors 341(a) meeting to be held on 4/4/2017 at 02:00 PM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701.Objection 523 Complaint Due: 6/5/2017. Proofs of Claim due by 7/3/2017. Government Proof of Claim due by 8/21/2017. Confirmation hearing to be held on 5/11/2017 at 01:30 PM at Crtrm 5D, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Catherine E. Bauer (Shimizu, Tina) (Entered: 02/21/2017) |
| 02/21/2017 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Fahine Lilly McLaughlin . (Shimizu, Tina) (Entered: 02/21/2017) |

CM/ECF - U.S. Bankruptcy Court [LIVE]                https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?859120240937-...

Case 8:17-bk-13459-ES    Doc 14-1    Filed 09/19/17    Entered 09/19/17 17:18:34    Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli    Page 33 of 86

| 02/21/2017 | 4<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Fahine Lilly McLaughlin . (Shimizu, Tina) (Entered: 02/21/2017) |
|---|---|---|
| 02/21/2017 | | Receipt of Chapter 13 Filing Fee - $310.00 by 12. Receipt Number 80068173. (admin) (Entered: 02/21/2017) |
| 02/22/2017 | | Notice of Debtor's Prior Filings for debtor Fahine Lilly McLaughlin Case Number 16-14750, Chapter 13 filed in California Central Bankruptcy on 11/18/2016 , Dismissed for Failure to File Information on 12/19/2016.(Admin) (Entered: 02/22/2017) |
| 02/23/2017 | 5<br>(4 pgs) | BNC Certificate of Notice (RE: related document(s)2 Meeting of Creditors Chapter 13) No. of Notices: 4. Notice Date 02/23/2017. (Admin.) (Entered: 02/23/2017) |
| 02/23/2017 | 6<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Fahine Lilly McLaughlin) No. of Notices: 1. Notice Date 02/23/2017. (Admin.) (Entered: 02/23/2017) |
| 02/23/2017 | 7<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Fahine Lilly McLaughlin) No. of Notices: 1. Notice Date 02/23/2017. (Admin.) (Entered: 02/23/2017) |
| 03/05/2017 | 8<br>(1 pg) | Request for courtesy Notice of Electronic Filing (NEF) Filed by Smith, Valerie. (Smith, Valerie) (Entered: 03/05/2017) |
| 03/07/2017 | 9<br>(4 pgs) | Debtor's Request for Voluntary Dismissal of Ch 13 Case Filed by Debtor Fahine Lilly McLaughlin . (Mccall, Audrey) (Entered: 03/08/2017) |
| 03/08/2017 | 10<br>(1 pg) | ORDER and Notice of dismissal arising from debtor's request for voluntary dismissal of chapter 13 (11 U.S.C. Section 1307(b)) - **Debtor** Dismissed. (BNC) (RE: related document(s)1 Voluntary Petition (Chapter 13) filed by Debtor Fahine Lilly McLaughlin, 2 Meeting of Creditors Chapter 13) (Mccall, Audrey) (Entered: 03/08/2017) |
| 03/10/2017 | 11<br>(2 pgs) | BNC Certificate of Notice (RE: related document(s)10 ORDER and Notice of arising from Ch 13 db'd req. for vol. dism. (11 U.S.C. Sec. 1307(b)) (BNC)) No. of Notices: 4. Notice Date 03/10/2017. (Admin.) (Entered: 03/11/2017) |
| 03/14/2017 | 12<br>(4 pgs) | Notice of Intent to File Trustees Final Report and Account - Chapter 13 Dismissed/Converted . (Cohen (TR), Amrane (SA)) (Entered: 03/14/2017) |
| 03/15/2017 | 13<br>(2 pgs) | Trustee's Notice to the debtor(s) that the case may be dismiss or converted at the confirmation hearing (batch) . (Cohen (TR), Amrane (SA)) (Entered: 03/15/2017) |

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Fahine Lilly McLaughlin<br>18912 Ridgeview Circle<br>Villa Park, CA 92861<br>Tel. 949-795-4725 | **FILED**<br>MAR – 7 2017<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

☒ Individual appearing without attorney
☐ Attorney for:

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION    ☒

| In re:<br>Fahime Lilly McLaughlin | CASE NO.: 8:17-bk-10640  CB<br>CHAPTER 13 |
|---|---|
| | **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** |
| Debtor(s). | [No Hearing Required] |

Debtor moves this court for an order dismissing the above-entitled bankruptcy case pursuant to 11 U.S.C. § 1307(b) and LBR 3015-1(q)(1):

1. ☒ (a) The above-entitled case was commenced by the filing of a voluntary petition under chapter 13 and has not been converted under 11 U.S.C. §§ 706, 1112, or 1208;

   **OR**

   ☐ (b) The above-entitled case was commenced by the filing of a voluntary petition under chapter ____ and was converted to a case under chapter 13 on _____.

2. ☒ (a) There is no motion for relief from, annulment of, or conditioning of the automatic stay pending in this case and no such motions have been filed in this case.

   **OR**

   ☐ (b) The following motion for relief from, annulment of, or conditioning of the automatic stay is currently pending in this case OR was filed and resolved OR has been withdrawn or denied:

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Filing Date: _____

Movant: _____

Personal or Real Property: _____

_____

_____

Status:    ☐ Pending    ☐ Resolved    ☐ Withdrawn/Denied

*(Please attach additional pages if needed.)*

3.  ☒ (a) Debtor has made no arrangements or agreements with any creditor or other person in connection with this request for dismissal.

OR

☐ (b) Debtor has made the following arrangements or agreements with the creditor(s) or other person(s) identified below in connection with this request for dismissal:

_____

_____

_____

*(Please attach additional pages if needed.)*

4.  Debtor seeks dismissal of this case for the following reasons:
After appearing in front of Judge Bauer on February 21, 2017 and reviewing my financial situation I now realize that the filing of the Chapter 13 Bankruptcy was necessary but may not resolve my financial issues with the judgment creditor. I will work to try to resolve the matter with the judgment creditor while that case is on appeal with the New York Appellate Court. There is a motion before the New York Appellate Court on my behalf to stop the enforcement of the New York judgment and also set it aside and if granted, I would not need bankruptcy protection. Therefore, I am asking the court to volunatarily dismiss my Chapter 13 Bankrutcy without prejudice.
*(Please attach additional pages if needed.)*

Date: _____

_____
Attorney for Debtor

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 3/7/17

*Fahuna July McLaughlin*
_____
Debtor

Date: _____

_____
Joint Debtor

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2              F 3015-1.18.DEBTOR.MOTION.DISMISS

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
18912 Ridgeview Circle, Villa Park, CA 92861

A true and correct copy of the foregoing document entitled: **DEBTOR'S MOTION FOR VOLUNTARY DISMISSAL OF CHAPTER 13 CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 03/07/2017 __, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/07/2017 | Tdann Le | _(signature)_ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                               Page 3                        **F 3015-1.18.DEBTOR.MOTION.DISMISS**

Case 8:17-bk-10640-CB   Doc 9   Filed 03/09/17   Entered 03/08/17 11:48:11   Desc
Main Document   Page 4 of 4

Mailing List

Fahine Lilly McLaughlin
18912 Ridgeview Circle
Villa Park, CA 92861

Sean McLaughlin
Michael McLaughlin
c/o Larry G. Ngo, Attorney
17621 Irvine Blvd., Ste. 106
Tustin, CA 92780

Armane Cohen, Trustee
770 the City Drive South, Suite 8500
Orange, CA 92868

U.S. Trustee
411 W. 4th St., Suite 7160
Santa Ana, CA 92701

FORM CACB (od13vdr VAN–154)
Rev.(03/09)

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

## ORDER AND NOTICE OF DISMISSAL
## ARISING FROM DEBTOR'S REQUEST FOR VOLUNTARY DISMISSAL OF
## CHAPTER 13 [11 U.S.C. § 1307(b)]

**DEBTOR INFORMATION:**
Fahine Lilly McLaughlin

**BANKRUPTCY NO.** 8:17–bk–10640–CB

**CHAPTER** 13

**Last four digits of Social–Security or Individual Taxpayer–Identification (ITIN) No(s)., (if any):** xxx–xx–6416
**Employer Tax–Identification (EIN) No(s).(if any):** N/A
**Debtor Dismissal Date:** 3/8/17

**Address:**
18912 Ridgeview Cir
Villa Park, CA 92861

Based on debtor's request, IT IS ORDERED THAT:

(1) debtor's bankruptcy case is dismissed; and

(2) the court retains jurisdiction on all issues arising under 11 U.S.C. §§ 110, 329 and 362.

BY THE COURT,

Dated: March 8, 2017

**Catherine E. Bauer**
United States Bankruptcy Judge

(Form od13vd VAN–154) Rev. 03/09

**10 / MCA**

**EXHIBIT** _9_

| ATTORNEY (Name and Address): | TELEPHONE NO.: (714) 730-7084 (Daytime) | LEVYING OFFICER (Name and Address): |
|---|---|---|
| Larry G Noe<br>17621 Irvine Blvd<br>Ste 106<br>Tustin, CA 92780<br><br>ATTORNEY FOR:  Sean McLaughlin, Michael McLaughlin | | Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA 92701 |

NAME OF COURT, JUDICIAL DISTRICT OR BRANCH COURT, IF ANY:

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701
Central Justice Center

(714) 569-3700
Fax: (714) 569-2368

**California Relay Service Number**
(800) 735-2929 TDD or 711

PLAINTIFF:
Sean McLaughlin,Michael McLaughlin
DEFENDANT:
Fahime L. McLaughlin

COURT CASE NO.:

30-2015-00806445

## Notice of Sheriff's Sale of Real Property (CCP 701.540)

LEVYING OFFICER FILE NO.:

2016501010

**Date: 04/19/2017**

Under a
☑ Writ of Execution
☐ Writ of Sale for Partition
☐ Warrant Issued by the State of California

Issued out of the above court on 2/26/2016, on the Judgment rendered on 8/25/2015.

for the sum of $349,969.63; I have levied upon all the rights, title, claim and interest of the judgment debtor(s),
Fahime L. McLaughlin

in the real property, in the County of Orange ,described as follows: 18912 Ridgeview Cir Villa Park, Ca  92861  See exhibit A for legal description

Minimum Bid Amount (if applicable):  $1,350,000.00

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 to 701.680, INCLUSIVE, OF THE CODE OF CIVIL PROCEDURE FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS, AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder, for cash in lawful money of the United States, all the rights, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs on:

| Date/Time of Sale | Location of Sale |
|---|---|
| 6/15/2017 10:00:00 AM | Orange County Sheriff's Department<br>909 N. Main Suite #2<br>Santa Ana, Ca 92701 |

Directions to the property location can be obtained from the levying officer upon oral or written request.

Sandra Hutchens, Sheriff-Coroner

*Renee #6146*

R. Virgoe, Sheriff's Authorized Agent

**LIENS MAY BE PRESENT WHICH MAY OR MAY NOT SURVIVE THIS LEVY.**

# EXHIBIT A

## LEGAL DESCRIPTIION

LOT 7 OF TRACT NO. 9765, IN THE CITY OF VILLA PARK, COUNTY OF ORANGE, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 432 PAGE(S) 17 AND 18 OF MISCELLANEOUS
MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID ORANGE COUNTY.

## COMMON ADDRESS

18912 RIDGEVIEW CIR., VILLA PARK, CA 92861

EXHIBIT__*10*__

1    The Foremost Law Group, APC.
2    Rhonda Walker (SBN: 175108)
     16480 Harbor Blvd., Suite #202
3    Fountain Valley, CA 92708
     Phone: (714) 839-9838
4    Fax: (714) 839-9837
5    Rhonda@Foremostlaw.com

6
     Attorney for Interested Third Party
7    Farzaneh Linquist Khatami

8
                  SUPERIOR COURT OF CALIFORNIA
9          COUNTY OF ORANGE, CENTRAL JUSTICE CENTER

10

11   SEAN MCLAUGHLIN, MICHAEL          )   Case No.: 30-2015-00806445
                                       )
12   MCLAUGHLIN,                       )   THIRD PARTY CLAIM OF OWNERSHIP
                                       )   OF FARZANEH LINQUIST KHATAMI
13   Adv.                              )
                                       )       Levying Officer File:
14   FAHIME L. MCLAUGHLIN              )
                                       )       2016501010
15                                     )
                                       )
16                                     )
                                       )
17   _____  )

18

19   TO:  THE SHERIFF OF ORANGE COUNTY, STATE OF CALIFORNIA, Sheriff Civil

20   Division, Suite 2, 909 N. Main Street, Santa Ana, CA 92701:

21          I, Farzaneh Linquist Khatami, ("Third Party Claimant") am an owner of the subject

22   property, 18912 Ridgeview Circle, Villa Park, CA 92861.  I am a joint tenant of the subject

23   property with the judgment debtor.

24          NOTICE IS HEREBY GIVEN that Third Party Claimant claims ownership and right

25   of possession to the undivided whole of the subject property located at 18912 Ridgeview Circle,

26
27   Villa Park, CA 92861, which has been levied on by the Judgment Creditor.

28

1    Third party claimant acquired her joint tenancy ownership interest in the subject

2  property in 2009 and the names were corrected as reflected in the Grant Deed recorded on or

3  about March 31, 2014.  A true and correct copy of the corrected Grant Deed is attached as

4  Exhibit A.

5    Third Party Claimant's address in the State of California where service by mail may

6  be made is:

7

8         FOREMOST LAW GROUP
          ATTN:  RHONDA WALKER, ESQ. OR TIMOTHY TRAN, ESQ.
9         16480 Harbor Blvd., Suite 202
          Fountain Valley, CA 92708
10

11    The fair market value of Third Party Claimant's interest in the property is

12  approximately $1,050,000.00.  A true and correct copy of a broker price opinion is attached as

13  Exhibit B.

14

15    Copies of all writings upon which this claim is based are attached to this Notice.

16    I declare under penalty of perjury under the laws of the State of California that the

17  foregoing is true and correct and that this declaration was executed in Fountain Valley,

18  California on June 12, 2017.

19

20

21

22  _Farzaneh Linquist Khatami_

23  Farzaneh Linquist Khatami

24

25

26

27

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT A

THIRD PARTY CLAIM OF OWNERSHIP OF FARZANEH LINQUIST KHATAMI - 3

Recorded in Official Records, Orange County
Hugh Nguyen, Clerk-Recorder

9.00

* S R 0 0 0 6 5 9 9 0 8 5 S *

2014000120041 3:06 pm 03/31/14
10 404 G02 F13   1
0.00 0.00 0.00 0.00 0.00 0.00 0.00 0.00

RECORDING REQUESTED BY:
Homestead Escrow, Inc.

AND WHEN RECORDED MAIL TO:

Farzaneh Lindquist Khatami
18912 Ridgeview Circle

Villa Park, CA 92861

Order No. 17957895   —WS
Escrow No. 26425-ES
Parcel No. 372-451-27

SPACE ABOVE THIS LINE FOR RECORDER'S USE

## GRANT DEED    name change

No Consideration

THE UNDERSIGNED GRANTOR DECLARES THAT DOCUMENTARY TRANSFER TAX IS $ and CITY $
☐ computed on full value of property conveyed, or
☐ computed on full value less liens or encumbrances remaining at the time of sale.
☐ unincorporated area:    ☒ Villa Park, and

FOR A VALUABLE CONSIDERATION, receipt of which is hereby acknowledged,
Fahimeh Lily McLaughlin, an unmarried woman, who acquired title as Fahime Lily McLaughlin, an
unmarried woman, and Farzaneh Lindquist Khatami, an unmarried woman, as Joint Tenants

hereby GRANTS to  Farzaneh Lindquist Khatami, an unmarried woman and Fahimeh L. McLaughlin, an
unmarried woman, as Joint Tenants

the following described real property in the County of Orange, State of California:

Lot 7 of Tract No. 9765, in the City of Villa Park, County of Orange, State of California, as per Map recorded in
Book 432 Page(s) 17 And 18 of Miscellaneous Maps in the Office of the County Recorder of said Orange County.

Date    March 26, 2014

_____    _____
Fahimeh Lily McLaughlin    Farzaneh Lindquist Khatami

STATE OF CALIFORNIA    }
                       } S.S.
COUNTY OF Orange       }

On  3·26·14  , before me, Chelsea Lenée Crow
a notary public in and for said State, personally appeared  Fahimeh Lily McLaughlin
and  Farzaneh Lindquist Khatami    who proved to me on the basis of satisfactory evidence to
be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they
executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument
the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is
true and correct.

WITNESS my hand and official seal.

Signature _____    (Seal)

CHELSEA LENEE CROW
COMM. #1948372
Notary Public - California
Orange County
My Comm. Expires Aug. 15, 2015

Mail Tax Statement to: SAME AS ABOVE or Address Noted Below

Document Number: 2014000120041 Page: 1 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# EXHIBIT B

THIRD PARTY CLAIM OF OWNERSHIP OF FARZANEH LINQUIST KHATAMI - 4

# COMPARATIVE MARKET ANALYSIS



18912 Ridgeview Cir, Villa Park, California 92861

PREPARED FOR

## Lindquist - The Foremost Law

JUNE 13, 2017

## WHAT IS A CMA?  INTRO

No two homes are identical, which is why choosing a sales price or offer price for a home can be challenging. That's where the comparable market analysis, or CMA, can be useful.

### What is a CMA?

The CMA is a side-by-side comparison of homes for sale and homes that have recently sold in the same neighborhood and price range. This information is further sorted by data fields such as single-family or condo, number of bedrooms, number of baths, postal codes, and many other factors. Its purpose is to show fair market value, based on what other buyers and sellers have determined through past sales, pending sales and homes recently put on the market.

### How is the CMA created?

CMAs are generated by a computer program supplied by your real estate agent's multiple listing service (MLS). The MLS is available to licensed members only, including brokers, salespeople, and appraisers, who pay dues to gain access to the service's public and proprietary data, including tax roll information, sold transactions, and listings input by all cooperating MLS members.

Listing agents generate CMAs for their sellers, and buyer's agents create them for their buyers so both sides know what current market conditions are for the homes they're interested in comparing.

### How accurate are CMAs?

The CMA is a here-and-now snapshot of the market, based on the most recent data available, but it can instantly be rendered obsolete by a new listing, or a change of status in a home with the same criteria. Why? The market is constantly changing – new listings, pending sales, closed sales, price reductions, and expired listings.

CMAs can vary widely, depending on the knowledge and skill of the person inputting the search parameters to the software as well as the number and type of data fields that are chosen. That means some features may not be included.

As informative as the CMA is, it should only be used as a tool and should not substitute for your real estate professional's knowledge and advice.

## CONTACT ME                                                    INTRO



# Jacqueline Smith
## California Regional MLS

| | |
|---|---|
| Mobile | 714-955-8915 |
| E-mail | jacquelinesmithhomes@gmail.com |
| BRE number | 01386357 |



Premier Realty
& Consulting Inc.



Download this report (PDF)

### What is this bar code?

This **QR code** makes it easy for you to
download this report to your smart phone.

**1. Make sure your phone can scan a QR
code with its camera.** If you don't already
have one, you can try http://cloudcma.com/qr
on your phone's browser to download an
app, or do a Google search for the model of
your phone along with the term "QR reader".

**2. Now use that app to scan the QR code
above.**

## MAP OF ALL LISTINGS

INTRO



| | MLS # | Status | Address | Price |
|---|---|---|---|---|
| 0 | Subject | | 18912 Ridgeview Cir, Villa Park, California 92861 | |
| 1 | PW16069541 | S | 9691 Villa Woods Drive | $2,075,000 |
| 2 | PW16197810 | S | 10221 Camden Circle | $2,037,500 |
| 3 | CV17111792 | A | 10081 Sycamore Circle | $1,995,000 |
| 4 | OC16125427 | A | 19061 Cerro Villa Drive | $2,248,000 |
| 5 | PW17081176 | A | 18981 Wildwood Circle | $2,750,000 |
| 6 | PW16131146 | A | 19092 Mesa Drive | $3,495,000 |
| 7 | OC17083305 | A | 19241 Canyon Drive | $1,995,000 |

Status: S = Closed, A = Active

Jacquelina Smith | California Regional MLS | Mobile: 714-955-8916 | jacquelinasmithhomes@gmail.com | BRE number 01386357

## SUMMARY OF COMPARABLE PROPERTIES    INTRO

### Sold Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---------|------|-------|-------|------|----------|-------|-----------|
| 9691 Villa Woods Drive | 5 | 6.00 | 2016 | 4,882 | 19,166 | $2,075,000 | 1/31/17 |
| 10221 Camden Circle | 5 | 5.00 | 2012 | 5,352 | 23,200 | $2,037,500 | 1/9/17 |
| Averages | | | | 5,117 | 21,183 | $2,056,250 | |

### Active Listings

| Address | Beds | Baths | YrBlt | SqFt | Lot Size | Price | Sold Date |
|---------|------|-------|-------|------|----------|-------|-----------|
| 10081 Sycamore Circle | 5 | 6.00 | 1996 | 5,387 | 18,000 | $1,995,000 | |
| 19061 Cerro Villa Drive | 4 | 5.00 | 2001 | 5,935 | 40,000 | $2,248,000 | |
| 18981 Wildwood Circle | 4 | 6.00 | 1972 | 7,050 | 37,856 | $2,750,000 | |
| 19092 Mesa Drive | 5 | 6.00 | 2001 | 5,876 | 34,622 | $3,495,000 | |
| 19241 Canyon Drive | 5 | 6.00 | 1957 | 5,500 | 43,560 | $1,995,000 | |
| Averages | | | | 5,949 | 34,807 | $2,496,600 | |

## PROPERTY DETAILS                                        MLS #PW16069541

**9691 Villa Woods Drive, Villa Park**                      $2,075,000

### Listing Information                          Courtesy of Pacific Legacy R.E. & Inv, Inc.

| | | | |
|---|---|---|---|
| **MLS#:** PW16069541 | **Beds:** 5 | **Sq Ft:** 4,882 | **Sold Date:** 1/31/17 |
| **Status:** Closed | **Baths:** 6.00 | **Year Built:** 2016 | **DOM:** 302 |

### Features

**Community Features:** Curbs, Gutters  **Cooling:** Central  **Heating:** Central Furnace  **Interior Features:** Balcony, Cathedral-Vaulted Ceilings, Ceiling Fan, Crown Moldings, Granite Counters, High Ceilings (9 Feet+), Open Floor Plan, Recessed Lighting, Stone Counters, Wired for Sound  **Land Lease Amount:** 0  **Levels:** Two  **Listing Terms:** Cash To New Loan  **Lot Features:** Back Yard, Cul-De-Sac, Front Yard, Lot 10000-19999 Sqft, Sprinkler System, Sprinklers In Front, Sprinklers In Rear, Sprinklers Timer, Yard  **Pool Features:** Private, In Ground, Waterfall, Heated, Pebble  **Roof:** Tile  **Senior Community Yn:** 0

### Remarks

BEAUTIFUL model perfect home on large lot in upscale neighborhood. Home has been professionally rebuilt and showcases a gorgeous double infinity edge pool with spa & waterfalls. The home was a two and a half year project which was completed in April 2016. Expansive backyard includes new landscape and hardscape, outdoor fire pit, and BBQ. Home has high ceilings, lovely moldings, and wood flooring. STUNNING kitchen features quartz counters, stainless appliances, glass cabinets, walk-in pantry. Front office with private entry. Large MOVIE THEATER room with stadium seating and wired for sound and projector. Private loft off family room. Dual masters one upstairs and one downstairs. Both have bathrooms with dual shower heads. Balcony off of upstairs master. Home has new plumbing, electric, and all appliances. Extensive wood work throughout including wainscoting, 3 step crown, ...

Information is deemed reliable but not guaranteed.




Jacqueline Smith | California Regional MLS | Mobile  714-955-8915 | jacquelinesmithhomes@gmail.com | BRE
number: 01586357

# PROPERTY DETAILS

MLS #PW16197810

🅢 10221 Camden Circle, Villa Park                    $2,037,500

## Listing Information

Courtesy of BD Realty

| | | | |
|---|---|---|---|
| **MLS#:** PW16197810 | **Beds:** 5 | **Sq Ft:** 5,352 | **Sold Date:** 1/9/17 |
| **Status:** Closed | **Baths:** 5.00 | **Year Built:** 2012 | **DOM:** 92 |

## Features

**Community Features:** Storm Drains  **Cooling:** Central  **Exterior Features:** Barbecue Private  **Flooring:** Carpet, Stone, Wood  **Heating:** Forced Air, Fireplace  **Interior Features:** Cathedral-Vaulted Ceilings, Ceiling Fan, Crown Moldings, Copper Plumbing Full, Granite Counters, High Ceilings (9 Feet+), Open Floor Plan, Pantry, Recessed Lighting  **Land Lease Amount:** 0  **Levels:** Two  **Listing Terms:** Conventional, Freddie Mac, Fannie Mae, Cash, Submit

## Remarks

Price Reduced! Stunning custom Villa Park Estate sitting on over one half acre at the end of a cul-de-sac. Home was completely rebuilt in 2012. Enormous kitchen features an oversized eat-in island, 6 burner stove with separate griddle, 2 sinks, double ovens, 2 dishwashers, walk-in pantry & butler's pantry. Kitchen completely open to the family room creating a Great Room. Home feels like a single story as 4 of the 5 bedrooms are downstairs, including a spectacular master en-suite featuring dual sided fireplace, sitting area overlooking the backyard and large walk-in closet. 2nd large master bedroom upstairs. Media room with theater seating, 120 TV, 11 reclining chairs and surround sound. 3 separate HVAC systems. Interior walls have noise reducing & temperature regulating insulation. Living room and dining room separated by dual sided fireplace. 4 fireplaces in total. Fire sprinklers an...



Information is deemed reliable but not guaranteed.

Jacqueline Smith | California Regional MLS | Mobile: 714-956-3915 | jacquelinesmithhomes@gmail.com | BRE number 01386357

## PROPERTY DETAILS                    MLS #CV17111792

10081 Sycamore Circle, Villa Park                    $1,995,000

### Listing Information                    Courtesy of CASA VERDE REALTY

| | | | |
|---|---|---|---|
| **MLS#:** CV17111792 | **Beds:** 5 | **Sq Ft:** 5,387 | **List Date:** 5/22/17 |
| **Status:** Active | **Baths:** 6.00 | **Year Built:** 1996 | **DOM:** 17 |

### Features

**Community Features:** Curbs, Gutters  **Cooling:** Central, Electric, Gas  **Exterior Features:** Rain Gutters  **Flooring:** Carpet, Stone, Tile, Wood  **Heating:** Forced Air, Natural Gas, Fireplace  **Interior Features:** Bar, Cathedral-Vaulted Ceilings, Ceiling Fan, Coffered Ceiling(s), Crown Moldings, Granite Counters, High Ceilings (9 Feet+), Pantry, Recessed Lighting, Stone Counters, Sunken Living Room, Trey Ceiling(s), Vacuum Central  **Land Lease Amount:** 0  **Levels:** Two  **Listing Terms:** Cash, Cash To New Loan

### Remarks

Sophisticated and luxurious custom built Villa Park Estate featuring nearly 5400' of living space, situated on a private cul de sac lot.The grand entryway with massive 10' double mahogany doors and marble flooring with granite inlayes draw you into the stunning formal living rm.featuring dramatic 2 story ceilings, floor to ceiling fireplace accented with mahogany and mirror and sweeping wrought iron staircase.The main floor includes a office with double etched glass entry doors, coffer ceiling,crown moldings and custom built-in wood exec. desk and shelving, formal dining rm.with trey ceilings, powder room with marble flooring and pedestal sink and spacious bedroom with walk in closet, en-suite bath which could be used as a master bedroom for guests or In-laws.Entertain in grand style in your open concept family room with fireplace,custom built in cabinets, wood flooring and custom bui...




Information is deemed reliable but not guaranteed.

# PROPERTY DETAILS

MLS #OC16125427



## 19061 Cerro Villa Drive, Villa Park

$2,248,000

### Listing Information

Courtesy of Surterre Properties Inc

| | | | |
|---|---|---|---|
| MLS#: OC16125427 | Beds: 4 | Sq Ft: 5,935 | List Date: 6/10/16 |
| Status: Active | Baths: 5.00 | Year Built: 2001 | DOM: 359 |

### Features

**Association Fee 2**: 0  **Community Features**: Street Lighting  **Cooling**: Zoned  **Exterior Features**: Barbecue Private  **Flooring**: Carpet, Stone  **Heating**: Forced Air  **Interior Features**: Built-Ins, Balcony, Cathedral-Vaulted Ceilings, Ceiling Fan, Intercom, Pantry, Recessed Lighting, Vacuum Central, Wet Bar  **Land Lease Amount**: 0  **Levels**: Two  **Listing Terms**: Cash, Cash To New Loan  **Lot Features**: Back Yard  **Pool Features**: Filtered, Heated, In Ground, Private  **Senior Community Yn**: 0  **Spa Features**: Heated, In Ground, Private  **Special Listing Conditions**: Standard

### Remarks

Live the Southern California lifestyle you dream of at this luxurious custom estate in the hills of Villa Park. A long gated driveway leads to a paver-finished motorcourt that introduces the gracious Mediterranean-style residence, which is surrounded by a large homesite with entry courtyard, resort-caliber pool and spa, built-in BBQ, and panoramic city light, hillside and canyon views. Extending approx. 5,935 s.f., the open design reveals a foyer with 2-story ceiling, a formal living room with limestone fireplace and expansive 2-story windows, a formal dining room with butlers pantry, and a great room with pub-style wet bar, built-in media center and fireplace. Limestone floors, arches, tray ceilings and built-ins complement the home, which hosts a double-island kitchen with nook, walk-in pantry, breakfast bar, granite countertops, a built-in Sub-Zero refrigerator, 6-burner gas cookto...




Information is deemed reliable but not guaranteed.



## PROPERTY DETAILS

**MLS #PW17081176**

18981 Wildwood Circle, Villa Park                                        $2,750,000

### Listing Information
*Courtesy of Seven Gables Real Estate*

| | | | |
|---|---|---|---|
| **MLS#:** PW17081176 | **Beds:** 4 | **Sq Ft:** 7,050 | **List Date:** 4/18/17 |
| **Status:** Active | **Baths:** 6.00 | **Year Built:** 1972 | **DOM:** 7 |

### Features

**Community Features:** Storm Drains  **Cooling:** Central, Zoned  **Flooring:** Bamboo, Carpet, Stone, Tile  **Heating:** Central Furnace, Zoned, Forced Air  **Interior Features:** 2 Staircases, Built-Ins, Ceiling Fan, Granite Counters, High Ceilings (9 Feet+), Open Floor Plan, Pantry, Recessed Lighting, Storage Space, Trey Ceiling(s), Wet Bar  **Land Lease Amount:** 0  **Levels:** Two  **Listing Terms:** Cash To New Loan  **Lot Features:** Back Yard, Cul-De-Sac, Front Yard, Landscaped, Lot 20000-39999 Sqft, Sprinkler System, Sprinklers In Front, Sprinklers In Rear, Sprinklers On Side, Sprinklers Timer

### Remarks

Designed to inspire, this exceptional sophisticated contemporary estate epitomizes luxury with superbly crafted features unlike any other Villa Park property. With clean, crisp lines, every detail of this 7000+ sq ft custom home has been thoughtfully executed starting with the grand entrance featuring a stunning "floating stair spiral staircase. A 300-gallon salt-water reef tank greets you as you enter the master-chefs' kitchen showcasing exquisite cabinetry, meteorous granite counter tops, stainless steel appliances + huge island bar-top table. Relax by the fireplace in the private Master Suite which includes an elegant en-suite bathroom + his/hers walk-in closets and a spacious office with bamboo cabinetry & desk. In addition, state-of-the-art lighting and selective architectural details grace the 3 en-suite secondary bedrooms, a media room, game room, downstairs office, 2 laundry r...




Information is deemed reliable but not guaranteed.

Jacqueline Smith | California Regional MLS | Mobile: 714-955-8915 | jacquelinesmithhomes@gmail.com | BRE number 01586357

## PROPERTY DETAILS                    MLS #PW16131146

19092 Mesa Drive, Villa Park                               $3,495,000

### Listing Information
_Courtesy of Berkshire Hathaway Home Svcs._

| | | | |
|---|---|---|---|
| **MLS#:** PW16131146 | **Beds:** 5 | **Sq Ft:** 5,876 | **List Date:** 6/17/16 |
| **Status:** Active | **Baths:** 6.00 | **Year Built:** 2001 | **DOM:** 311 |

### Features

**Community Features:** Curbs  **Cooling:** Central  **Flooring:** Stone  **Heating:** Forced Air  **Interior Features:** 2 Staircases, Balcony, Crown Moldings, Granite Counters, Open Floor Plan, Pantry  **Land Lease Amount:** 0  **Levels:** Two  **Listing Terms:** Cash To New Loan  **Lot Features:** Back Yard  **Pool Features:** Private  **Senior Community Yn:** 0  **Special Listing Conditions:** Standard  **Utilities:** Sewer Connected  **View:** City Lights, Neighborhood, Ocean, Panoramic  **Lotsize:** 34622

### Remarks

Breath taking, one of a kind, landmark panoramic view estate.Unbelievable view & resort grounds encompass this magnificent newer custom built residence. Enter through security gates into large motor court for multiple vehicles/boat/toys. Enter through double entry doors into two story grand entrance w/ stunning circular staircase.Wonderful formal living room w/ grand fireplace, spacious formal dining room & ground level office w/ its own separate entrance. Ground floor bedroom.Gourmet kitchen w/ central island, breakfast bar, pantry, commercial stove/ovens & top of the line stainless steel appliances. Kitchen open to huge breakfast nook & oversize great/family room. Large game room w/ walk behind bar & Huge stone fireplace & built ins.Unbelievable sprawling grounds which offer a large infinity pool, spa, built in fireplace, separate outdoor kitchen, shower, bathroom & cabana, plus an...




Information is deemed reliable but not guaranteed.

Jacqueline Smith | California Regional MLS | Mobile: 714-958-8915 | jacquelinesmithhomes@gmail.com | BRE number 01386357

## PROPERTY DETAILS                    MLS #OC17083305

### 19241 Canyon Drive, Villa Park                    $1,995,000

### Listing Information                    Courtesy of Beach Pointe Properties Inc.

| | | | |
|---|---|---|---|
| **MLS#:** OC17083305 | **Beds:** 5 | **Sq Ft:** 5,500 | **List Date:** 4/19/17 |
| **Status:** Active | **Baths:** 6.00 | **Year Built:** 1957 | **DOM:** 33 |

### Features

**Community Features:** Curbs, Sidewalks  **Cooling:** Central  **Exterior Features:** Rain Gutters  **Flooring:** Wood  **Heating:** Central Furnace  **Interior Features:** Beamed Ceilings, Built-Ins, Ceiling Fan, Crown Moldings, Granite Counters, Open Floor Plan, Wet Bar  **Land Lease Amount:** 0  **Levels:** One  **Listing Terms:** Cash, Conventional  **Lot Features:** 0-1 Unit/Acre, Lot Over 40000 Sqft, Sprinkler System  **Patio And Porch Features:** Concrete, Covered, Deck, Patio  **Pool Features:** None  **Roof:** Tile  **Senior Community Yn:** 0  **Spa Features:** Heated, In Ground  **Special Listing Conditions:** Standard  **View:** Pool

### Remarks

Walk in to your very own European Tudor Style Home! This magnificent home lies on an acre of land and includes its very own separate guest house with its own private driveway and parking. The main home is approximately 4,700SF of luxury embracing Black Walnut Flooring, Marvelous Gourmet kitchen, under cabinet lighting, Viking stainless steel appliances, granite counters, 2 sinks, double dishwasher, & much more! 4 BRs total in main home, including private entrance maids quarters with Bathroom, Two impressive master bedrooms 1 w/ complete onyx precious stone bathroom, the other has an enormous retreat, 2 walk-in closets, fireplace, French doors to backyard oasis & upgraded bath. Homes features 3 tank-less water heaters, 3 car garage, 2 car carports with storage, butler pantry, enormous fireplace, complete bar, separate office, laundry room, backyard is your own private sanctuary outdo...

Information is deemed reliable but not guaranteed.

Jacquelina Smith | California Regional MLS | Mobile: 714-955-8915 | jacquelinasmithhomes@gmail.com | BRE number 01886357



Jacqueline Smith | California Regional MLS | Mobile: 714 955-8915 | jacquelinesmithhomes@gmail.com | BRE number: 01386357

## COMPARABLE PROPERTY STATISTICS        ANALYSIS

### Sold Listings

| | |
|---|---|
| Number of listings | 2 |
| Lowest price | $2,037,500 |
| Average price | $2,056,250 |
| Highest price | $2,075,000 |
| Avg price per sqft | $403 |
| Avg DOM | 197 |

### Active Listings

| | |
|---|---|
| Number of listings | 5 |
| Lowest price | $1,995,000 |
| Average price | $2,496,600 |
| Highest price | $3,495,000 |
| Avg price per sqft | $419 |
| Avg DOM | 145 |

# SOLD PROPERTY ANALYSIS

ANALYSIS



| Address | List Price | Sold Price | % of List Price | DOM | $ per Sqft |
|---------|-----------|-----------|-----------------|-----|-----------|
| 9691 Villa Woods Drive | $2,299,000 | $2,075,000 | 90.3% | 302 | $425 |
| 10221 Camden Circle | $2,175,000 | $2,037,500 | 93.7% | 92 | $381 |
| Sold Averages | $2,237,000 | $2,056,250 | 91.9% | 197 | $403 |

# THE VALUE OF YOUR HOME

INTRO

In a neighborhood of similar homes, why is one worth more than another? That's the question that's teased buyers and sellers for ages, but the answer is simple.

## Every home is different.

When a home is sold, a willing seller and a willing buyer have just announced to the world the value of that home. From there, other similar homes are benchmarked, but other factors come into play. The most important are:

**Location** - The closer a home is to jobs, parks, transportation, schools, and community services, the more desirable it is.

**Size** - Square footage impacts home values because they're built using more materials. Larger lot sizes mean more privacy.

**Number of bedrooms and baths** - Over time, median homes have grown larger. Decades ago, household members shared bedrooms and baths without complaint, but today, families want more privacy. The median home purchased today is a three-bedroom, two-bath home.

**Features and finishes** - Features such as outdoor kitchens and spa baths make a home more luxurious. A home finished with hardwood floors and granite countertops is going to cost more than a home with carpet and laminate countertops.

**Condition** - The closer a home is to new construction, the more it will retain its value. It's perceived as more modern, up to date, and perhaps safer. Homes that are not updated or in poor repair sell for less. It's a good idea for homeowners to keep their homes updated and in top repair.

**Curb appeal** - From the street, the home looks clean, fresh, and inviting. Fresh landscaping and flowers won't change the size or location, but they certainly add charm.

When two homes are identical in the same neighborhood, a higher price may come down to something as simple as views, or paint colors, or the overall taste of the homeowner.

Valuing a home will never be an exact science, but if you buy wisely, keep your home updated and in good repair, you should recoup most if not all of your investment.

| TO (Name and Address): | LEVYING OFFICER (Name and Address): |
|---|---|
| Larry G Noe<br>17621 Irvine Blvd<br>Ste 106<br>Tustin, CA  92780 | Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA  92701 |
| NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:<br><br>Orange County Superior Court<br>700 Civic Center Drive West<br>Santa Ana, CA  92701<br>Central Justice Center | (714) 569-3700<br>Fax: (714) 569-2368<br><br>California Relay Service Number<br>(800) 735-2929 TDD or 711 |
| PLAINTIFF:<br>Sean McLaughlin, Michael McLaughlin<br>DEFENDANT:<br>Fahime L. McLaughlin | COURT CASE NO.:<br><br>30-2015-00806445 |
| **Notice of Filing 3rd Party Claim** | LEVYING OFFICER FILE NO.:<br><br>2016501010 |

Notice   *STCRVED MM*   on:   **06/14/2017**        Mailed from: *CM*

The Sheriff's Office has received a 3rd party claim from:   **Farzaneh Linquist Khatami**
**260 Chinook Dr**
**Placentia, CA  92870**

A copy of the claim is attached.  The claim was filed in reference to the above civil action.

Property subject to 3rd party claim:   **See Exhibit A for description of real property Please also index the levy in the name**
**of Record Owners Fazaneh Linquist Khatami;Fahimeh L. Mclaughlin**

**Fahime L. McLaughlin**
**18912 Ridgeview Cir.**
**Villa Park , CA  92861**

As judgment creditor or debtor, you MUST take appropriate action regarding the following:

### 3rd Party Claim of Ownership or Possession (720.110 CCP)

☐   The person named above has filed an undertaking with their 3rd party claim of ownership or possession to release the above described property.  The property will be released unless a written objection to the undertaking is filed by the creditor with the court and Sheriff within 15 days of the date of this notice. (720.760 CCP).

*10 DAYS U.M.)*

☑   The person named above has not filed an undertaking with their 3rd party claim of ownership or possession.  The property levied upon will be released unless, within 15 days of the date of this notice, the creditor files with the Sheriff an undertaking that satisfies the requirements of section 720.160 CCP, and provides an affidavit of service showing proof that a copy of the undertaking has been served on the beneficiary pursuant to section 995.370 CCP.

### 3rd Party Claim of Security Interest or Lien (720.210 CCP)

☐   The person named above has filed an undertaking with their 3rd party claim of security interest or lien.  The above described property will be released unless the creditor files and objection with the court and the Sheriff, within 15 days of the date of this notice. (720.760 CCP)

☐   The person named above has not filed an undertaking with their 3rd party claim of security interest or lien.  The above described property will be released unless, within 15 days of the date of this notice, the creditor files with the Sheriff an undertaking that satisfies the requirements of section 720.260 CCP, and a statement under section 720.280 CCP, and provides an affidavit of service showing proof that a copy of the undertaking has been served on the beneficiary pursuant to section 995.370 CCP.

In lieu of posting an undertaking, the creditor may deposit with the Sheriff the amount of the claim plus interest of 10% per annum to the estimated date of tender to the secured party or lien holder (15 days) 720.240 CCP.

☐   Pursuant to section 720.140 or 720.240 CCP, you are hereby given notice as a judgment debtor in the above described civil action.

Sandra Hutchens, Sheriff-Coroner   *Renee #6146*

Sheriff's Authorized Agent

Notice of Filing 3rd Party Claim
Attorney/Plaintiff Creditor Copy

*EX 5*

EXHIBIT___||___

| ATTORNEY (Name and Address): | | TELEPHONE NO.: (714) 730-7084 (Daytime) | LEVYING OFFICER (Name and Address): |
|---|---|---|---|
| Larry G Noe<br>17621 Irvine Blvd<br>Ste 106<br>Tustin, CA 92780 | | | Orange County Sheriff's Office<br>Sheriff's Civil Division<br>Suite 2<br>909 N. Main Street<br>Santa Ana, CA 92701 |

ATTORNEY FOR: **Sean McLaughlin, Michael McLaughlin**

NAME OF COURT, JUDICIAL DISTRICT or BRANCH COURT, IF ANY:

**Orange County Superior Court**
700 Civic Center Drive West
Santa Ana, CA 92701
Central Justice Center

**(714) 569-3700**
Fax: (714) 569-2368

California Relay Service Number
(800) 735-2929 TDD or 711

PLAINTIFF:
Sean McLaughlin,Michael McLaughlin
DEFENDANT:
Fahime L. McLaughlin

COURT CASE NO.:

**30-2015-00806445**

| **Notice of Sheriff's Sale of Real Property (CCP 701.540)** | LEVYING OFFICER FILE NO.:<br>**2016501010** |
|---|---|

Date: 07/25/2017

Under a
☒ Writ of Execution
☐ Writ of Sale for Partition
☐ Warrant Issued by the State of California

Issued out of the above court on 2/26/2016, on the Judgment rendered on 8/25/2015.

for the sum of $361,308.55; I have levied upon all the rights, title, claim and interest of the judgment debtor(s),
Fahime L.  McLaughlin

in the real property, in the County of Orange ,described as follows: 18912 Ridgeview Cir. Villa Park, Ca 92861  See exhibit A for legal description

Minimum Bid Amount (if applicable):  $1,350,000.00

PROSPECTIVE BIDDERS SHOULD REFER TO SECTIONS 701.510 to 701.680, INCLUSIVE, OF THE CODE OF CIVIL PROCEDURE FOR PROVISIONS GOVERNING THE TERMS, CONDITIONS, AND EFFECT OF THE SALE AND THE LIABILITY OF DEFAULTING BIDDERS.

PUBLIC NOTICE IS HEREBY GIVEN that I will proceed to sell at public auction to the highest bidder, for cash in lawful money of the United States, all the rights, title and interest of said judgment debtor(s) in the above described property, or so much thereof as may be necessary to satisfy said execution, with accrued interest and costs on:

| Date/Time of Sale | Location of Sale |
|---|---|
| 8/30/2017 10:30:00 AM | Orange County Sheriff's Department<br>909 N. Main St Ste 2<br>Santa Ana, Ca 92701 |

Directions to the property location can be obtained from the levying officer upon oral or written request.

Sandra Hutchens, Sheriff-Coroner

*~nee #6146*

R. Virgoe, Sheriff's Authorized Agent

**LIENS MAY BE PRESENT WHICH MAY OR MAY NOT SURVIVE THIS LEVY.**

*EXHIBIT A*

### LEGAL DESCRIPTIION

LOT 7 OF TRACT NO. 9765, IN THE CITY OF VILLA PARK, COUNTY OF ORANGE, STATE OF
CALIFORNIA, AS PER MAP RECORDED IN BOOK 432 PAGE(S) 17 AND 18 OF MISCELLANEOUS
MAPS IN THE OFFICE OF THE COUNTY RECORDER OF SAID ORANGE COUNTY.

### COMMON ADDRESS

18912 RIDGEVIEW CIR., VILLA PARK, CA 92861

EXHIBIT__12

CM/ECF - U.S. Bankruptcy Court (v5.1.1 - LIVE)    https://ecf.cacb.uscourts.gov/cgi-bin/DktRpt.pl?205409913219287-...

Case 8:17-bk-13459-ES    Doc 14-1    Filed 09/19/17    Entered 09/19/17 17:18:34    Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli    Page 70 of 86

PInDue, Incomplete

**U.S. Bankruptcy Court**
**Central District of California (Santa Ana)**
**Bankruptcy Petition #: 8:17-bk-13459-ES**

*Date filed:* 08/29/2017
*341 meeting:* 10/03/2017
*Deadline for filing claims:* 01/02/2018
*Deadline for filing claims (govt.):* 02/26/2018

*Assigned to:* Erithe A. Smith
Chapter 13
Voluntary
Asset

**Debtor**
**Farzaneh Lindquist**
18912 Ridgeview Cir
Villa Park, CA 928614
ORANGE-CA
714-924-3888
SSN / ITIN: xxx-xx-0686

represented by **Farzaneh Lindquist**
PRO SE

**Trustee**
**Amrane (SA) Cohen (TR)**
770 The City Drive South Suite 8500
Orange, CA 92868
714-621-0200

**U.S. Trustee**
**United States Trustee (SA)**
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 08/29/2017 | 1<br>(12 pgs; 3 docs) | Chapter 13 Voluntary Petition Individual . Fee Amount $310 Filed by Farzaneh Lindquist Summary of Assets and Liabilities (Form 106Sum or 206Sum ) due 9/12/2017. Schedule A/B: Property (Form 106A/B or 206A/B) due 9/12/2017. Schedule C: The Property You Claim as Exempt (Form 106C) due 9/12/2017. Schedule D: Creditors Who Have Claims Secured by Property (Form 106D or 206D) due 9/12/2017. Schedule E/F: Creditors Who Have Unsecured Claims (Form 106E/F or 206E/F) due 9/12/2017. Schedule G: Executory Contracts and Unexpired Leases (Form 106G or 206G) due 9/12/2017. Schedule H: Your Codebtors (Form 106H or 206H) due 9/12/2017. Schedule I: Your Income (Form 106I) due 9/12/2017. Schedule J: Your Expenses (Form 106J) due 9/12/2017. Declaration About an Individual Debtors Schedules (Form 106Dec) due 9/12/2017. Statement of Financial Affairs (Form 107 or 207) due 9/12/2017. Chapter 13 Plan (LBR F3015-1) due by 9/12/2017. Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period (Form 122C-1) Due: 9/12/2017. Chapter 13 Calculation of Your Disposable Income (Form 122C-2) Due: 9/12/2017. Statement of Related Cases (LBR Form F1015-2) due 9/12/2017. Declaration by Debtors as to Whether Income was Received from an Employer within 60-Days of the Petition Date (LBR Form F1002-1) due by 9/12/2017. Incomplete Filings due by 9/12/2017. (Shimizu, Tina) (Entered: 08/29/2017) |
| 08/29/2017 | 2<br>(3 pgs) | Meeting of Creditors with 341(a) meeting to be held on 10/03/2017 at 11:00 AM at RM 1-154, 411 W Fourth St., Santa Ana, CA 92701. Confirmation hearing to be held on 11/21/2017 at 01:30 PM at Crtrm 5A, 411 W Fourth St., Santa Ana, CA 92701. Proof of Claim due by 01/02/2018. (Shimizu, Tina) (Entered: 08/29/2017) |
| 08/29/2017 | 3 | Statement About Your Social Security Number (Official Form 121) Filed by Debtor Farzaneh Lindquist . (Shimizu, Tina) (Entered: 08/29/2017) |
| 08/29/2017 | 4<br>(1 pg) | Certificate of Credit Counseling Filed by Debtor Farzaneh Lindquist . (Shimizu, Tina) (Entered: 08/29/2017) |

*(handwritten: 9/12)*

| 08/29/2017 | | Receipt of Chapter 13 Filing Fee - $310.00 by 12. Receipt Number 80069738. (admin) (Entered: 08/29/2017) |
|---|---|---|
| 08/30/2017 | | Notice of Debtor's Prior Filings for debtor Farzaneh Lindquist Case Number 97-12007, Chapter 7 filed in California Central Bankruptcy on 02/13/1997.(Admin) (Entered: 08/30/2017) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 08/31/2017 10:58:15 | | | |
| PACER Login: | rw1083:2843420:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 8:17-bk-13459-ES Fil or Ent: filed From: 6/2/2017 To: 8/31/2017 Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |
| Billable Pages: | 1 | Cost: | 0.10 |

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

Central District of California  ▾

Case number *(if known)*: _____

Chapter you are filing under:
- ☐ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☑ Chapter 13

**FILED**

**AUG 29 2017**

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

☐ Check if this is an
amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy        12/15

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |

**1. Your full name**

Write the name that is on your government-issued picture identification (for example, your driver's license or passport).

Bring your picture identification to your meeting with the trustee.

About Debtor 1:
- Farzaneh — First name
- _____ — Middle name
- Lindquist — Last name
- _____ — Suffix (Sr., Jr., II, III)

About Debtor 2 (Spouse Only in a Joint Case):
- _____ — First name
- _____ — Middle name
- _____ — Last name
- _____ — Suffix (Sr., Jr., II, III)

**2. All other names you have used in the last 8 years**

Include your married or maiden names.

About Debtor 1:
- _____ First name
- _____ Middle name
- _____ Last name
- _____ First name
- _____ Middle name
- _____ Last name

About Debtor 2:
- _____ First name
- _____ Middle name
- _____ Last name
- _____ First name
- _____ Middle name
- _____ Last name

**3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)**

xxx – xx – 0 6 8 6

OR

9 xx – xx – ___ ___ ___ ___

xxx – xx – ___ ___ ___ ___

OR

9 xx – xx – ___ ___ ___ ___

Debtor 1  __Farzaneh Lindquist__
First Name    Middle Name    Last Name

Case number (if known)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**<br><br>Include trade names and *doing business as* names | ☑ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ | ☐ I have not used any business names or EINs.<br><br>_____<br>Business name<br><br>_____<br>Business name<br><br>EIN _ _ – _ _ _ _ _ _ _<br><br>EIN _ _ – _ _ _ _ _ _ _ |

---

**5. Where you live**

18912 Ridgeview Circle
Number    Street

_____

Villa Park                              CA      92861
City                                    State   ZIP Code

_____
County

If your mailing address is different from the one above, fill it in here. Note that the court will send any notices to you at this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                           State   ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City                           State   ZIP Code

_____
County

If Debtor 2's mailing address is different from yours, fill it in here. Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City                           State   ZIP Code

---

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____
_____
_____
_____

| Debtor 1 | **Farzaneh Lindquist** | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**Part 2:    Tell the Court About Your Bankruptcy Case**

7. **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7

☐ Chapter 11

☐ Chapter 12

☑ Chapter 13

8. **How you will pay the fee**

☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

9. **Have you filed for bankruptcy within the last 8 years?**

☑ No

☐ Yes.    District _____    When _____    Case number _____
                                              MM / DD / YYYY

District _____    When _____    Case number _____
                                  MM / DD / YYYY

District _____    When _____    Case number _____
                                  MM / DD / YYYY

10. **Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No

☐ Yes.    Debtor _____    Relationship to you _____
             District _____    When _____    Case number, if known _____
                                                 MM / DD / YYYY

Debtor _____    Relationship to you _____
District _____    When _____    Case number, if known _____
                                  MM / DD / YYYY

11. **Do you rent your residence?**

☑ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you and do you want to stay in your residence?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it with this bankruptcy petition.

Debtor 1   **Farzaneh Lindquist**
First Name   Middle Name   Last Name

Case number *(if known)* _____

---

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number   Street

_____

_____
City                     State      ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor,* see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

---

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No

☐ Yes.   What is the hazard?   _____

_____

If immediate attention is needed, why is it needed?   _____

_____

Where is the property?   _____
Number      Street

_____

_____
City                     State      ZIP Code

---

Debtor 1 __Farzaneh Lindquist__
First Name    Middle Name    Last Name

Case number (if known) _____

---

| Part 5: | Explain Your Efforts to Receive a Briefing About Credit Counseling |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**
To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court

---

| Debtor 1 | Farzaneh Lindquist | | Case number (if known) _____ |
|---|---|---|---|
| | First Name   Middle Name   Last Name | | |

| Part 6: | Answer These Questions for Reporting Purposes |
|---|---|

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☑ No. I am not filing under Chapter 7. Go to line 18.

☐ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☐ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

| Part 7: | Sign Below |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ _Lindquist_                                    ✗ _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on 08/29/2017                          Executed on _____
            MM / DD / YYYY                                    MM / DD / YYYY

Case 8:17-bk-13459-ES Doc 14-1 Filed 09/19/17 Entered 09/19/17 17:18:34 Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli Page 78 of 86

Case 8:17-bk-13459-ES Doc 1 Filed 08/29/17 Entered 08/29/17 15:08:34 Desc
Main Document Page 7 of 10

Debtor 1    __Farzaneh Lindquist__                    Case number (if known) _____
            First Name    Middle Name    Last Name

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✘ _____    Date    _____
Signature of Attorney for Debtor                MM  /  DD  / YYYY


_____
Printed name

_____
Firm name

_____
Number    Street

_____

_____
City                                State    ZIP Code


Contact phone _____    Email address _____


_____
Bar number                            State

| Debtor 1 | **Farzaneh Lindquist** | | | Case number (if known) _____ |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____
      Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

| ✗ _____ | ✗ _____ |
|---|---|
| Signature of Debtor 1 | Signature of Debtor 2 |
| Date  08/29/2017 | Date |
|    MM / DD / YYYY |    MM / DD / YYYY |
| Contact phone (714) 924-3888 | Contact phone _____ |
| Cell phone (714) 924-3888 | Cell phone _____ |
| Email address _____ | Email address _____ |

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Farzaneh Lindquist, In Pro Per<br>18912 Ridgeview Circle<br>Villa Park, CA 92861<br>(714)924-3888 | FOR COURT USE ONLY |
|---|---|
| ☒ *Debtor(s) appearing without attorney*<br>☐ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -SANTA ANA DIVISION** ▾

| In re:<br>Farzaneh Lindquist<br><br><br><br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 13 ▾<br><br>**VERIFICATION OF MASTER**<br>**MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: ___08/29/2017_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) (if applicable)

Date: _____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California

*December 2015*                                      F 1007-1.MAILING.LIST.VERIFICATION

Mailing List

Farzaneh Lindquist
18912 Ridgeview Circle
Villa Park, CA 92861

Sean McLaughlin
Michael McLaughlin
c/o Larry G. Ngo, Attorney
17621 Irvine Blvd., Ste. 106
Tustin, CA 92780

CM/ECF - US Bankruptcy Court (LIVE)                                                           https://ecf.cacb.uscourts.gov/doc1/973191033717

Case 8:17-bk-13459-ES   Doc 14-1    Filed 09/19/17   Entered 09/19/17 17:18:34   Desc
Affidavit Supplemental Declaration of Larry G. Noe in support of motion for reli    Page 82 of 86

Case 8:17-bk-13459-ES   Doc 6   Filed 08/31/17   Entered 08/31/17 21:43:03
Imaged Certificate of Notice    Page 2 of 2

# United States Bankruptcy Court
## Central District of California

| | |
|---|---|
| In re:<br>Farzaneh Lindquist | CHAPTER NO.: 13 |
| | CASE NO.: 8:17-bk-13459 |

## CASE COMMENCEMENT DEFICIENCY NOTICE

**To Debtor and Debtor's Attorney of Record,**
**YOUR CASE MAY BE DISMISSED IF YOU FAIL TO CURE THE FOLLOWING DEFICIENCIES:**

You must cure the following within 14 days from filing of your petition:

- ☑ Statement of Related Cases (LBR Form 1015-2) [Information required by LBR 1015-2]
- ☑ Declaration by Debtor(s) as to Whether Income was Received From an Employer within 60 Days of the Petition 521(a)(1)(B)(iv)] (LBR Form F1002-1)

**The 2015 Revised Official Bankruptcy Forms are effective and mandatory December 1, 2015. Forms are ava**
**www.cacb.uscourts.gov/forms**

For all items above that are not electronically filed, you must file the original and the following number of copies in a
with Local Bankruptcy Rules 1002-1(c) and 5005-2, and Court Manual, section 2.5(a)(2).

Chapter 13     Original only

**Please return the original or copy of this form with all required items to the following location:**

411 West Fourth Street, Suite 2030, Santa Ana, CA 92701-4593

If you have any questions, please contact the Court's Call Center at the toll free number (855) 460-9641.

Dated: <u>August 29, 2017</u>

For the Court
**Kathleen J. Campbell**
Clerk of Court

(Form ccdn - Rev 12/2015)

EXHIBIT 13

1 | The Law Office of Larry G. Noe, SBN 128640
2 | 17621 Irvine Blvd., Ste. 106
  | Tustin, CA 92780
3 | Telephone: 714-730-7084

**FILED**
SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE
CENTRAL JUSTICE CENTER

JUL 2 4 2017

DAVID H. YAMASAKI, Clerk of the Court

BY: _____ DEPUTY

4 | Attorney for the Plaintiffs
5 | Sean and Michael McLaughlin

7 | **SUPERIOR COURT OF THE STATE OF CALIFORNIA**

8 | **COUNTY OF ORANGE, CENTRAL JUSTICE CENTER**

10 | SEAN MCLAUGHLIN and MICHAEL

11 | MCLAUGHLIN

12 |                    Plaintiffs,

13 |          vs.

15 | FAHIME L. MCLAUGHLIN,

16 |               Defendant.

CASE NO: 30-2015-00806445-CU-CL-CJC

SECOND CORRECTED ORDER GRANTING EX PARTE APPLICATION FOR SECOND AMENDMENT OF ORDER SALE OF REAL PROPERTY TO SATISFY MONEY JUDGMENT DATED JULY 26, 2016

**Dated: June 21, 2017**
**Time: 1:30 p.m.**
**Dept.: C-66**

Plaintiffs' Ex Parte Applications for Second Amendment of Order Re: Sale of Real Propertyto Satisfy Money Judgment Dated July 26, 2016, came before the Court on the above scheduled date and time.

**GOOD CAUSE APPEARING THEREFORE,** it is hereby ordered that the Ex Parte Application is granted with Order amended as follows:

**IT IS HEREBY ORDERED** that the Orange County Sheriff's Department shall proceed with the sale of the property located at 18912 Ridgeview Circle, Villa Park, CA 92861 at auction

in an amount not less than $1,350,000.00 which is 90% of appraised value of $1,500,000.00,

Sale to proceed notwithstanding untimely filing of Third Party Claim by Farzaneh Linquist

Khatami which due to untimely filing is to have no effect.

Proceeds of the sale shall be distributed to:

(1) Lienholder, United Shore Financial Services, on the deed of trust, for $515,000.00.

   Whose address is 1414 East Maple Road, Troy, MI 48083.

(2) Judgment Creditors Sean and Michael McLaughlin in the principal amount of

   $349,969.63 plus interest of $95.88 per diem at the legal rate of 10% from August 25,

   2015, to the date of sale.

   Whose address is C/O Larry G. Noe, Attorney at Law, 17621 Irvine Blvd., Ste. 106,

   Tustin, CA 92780

(3) Homestead amount of $175,000.00 to Judgment Debtor Fahime L. McLaughlin, at

   18912 Ridgeview Circle, Villa Park, CA 92861.

(4) All remaining amounts shall be paid 50% to Judgment Debtor Fahime L.

   McLaughlin, at 18912 Ridgeview Circle, Villa Park, CA 92861, and 50% to Joint

   Tenant Farzaneh Linquist Khatami, through her attorney at Foremost Law Group,

   Attn: Rhonda Walker, Esq., or Timothy Tran, Esq., at 16480 Harbor Blvd., Ste. 202,

   Fountain Valley, CA 92708.

Dated: 7-24-17

By:



Judge Timothy J. Stafford

I hereby certify the foregoing instrument consisting of 2 page(s)
is a true and correct copy of the original on file in this court.

JUL 2 4 2017

ATTEST: (DATE)

DAVID H. YAMASAKI, EXECUTIVE OFFICER AND CLERK OF THE
SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE

BY _____ , DEPUTY

Angelica Garcia

SUPERIOR COURT OF CALIFORNIA
COUNTY OF ORANGE